# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: May 16, 2005)

JOSEPH BARNES, ET AL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 10, 2005, plaintiffs filed its motion to certify class action in the instant case, wherein plaintiffs identified pre-certification discovery they would like to conduct. On April 1, 2005, defendant filed its response.

On or before June 1, 2005, plaintiffs shall file a more detailed discovery plan, which specifically identifies the subject matter of each request and explains why the requested discovery is material to the determination of the certification inquiry. In this document, plaintiffs shall also specifically identify any depositions or documents they need in order to argue the certification question.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge