# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: June 14, 2005)

JOSEPH BARNES, ET AL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Oral argument on plaintiff's motion to certify a class action will be held in this case on Tuesday, June 28, 2005, at 2:00 p.m. (EDT), in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 2005. The courtroom location will be posted in the lobby of the courthouse on the day of the oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge