# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 1. Joseph Barnes<br>2. Kaylene Holub<br>3. Socorro Yosuico<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 04-1335C<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT FOR MONEY DAMAGES**<br><br>(Judge Allegra) |

Pursuant to Rule 15(a) of the rules of this Court, Plaintiffs hereby move for leave to file the attached second amended class action complaint for money damages to add ten additional named Plaintiffs in the above-captioned matter. The ten additional named Plaintiffs are as follows:

Julia Lee Crumidy
Lolita Deleon
Hermimia Distor
Wilfred Haldane
Norma Hernandez
Romeo Morgan
Robert Joseph Murphy, Jr.
Evelyn Presco
Yolanda A. Salazar
Zenaida Samar

The addition of ten named Plaintiffs will bring the total number of named Plaintiffs to thirteen. Like the original three named Plaintiffs, the additional ten named Plaintiffs were (or are) each employed by the United States within its agency, the Department of the Navy, and were scheduled to receive night premium pay had they worked their regularly scheduled work shift instead of having been excused from work on a holiday and/or on authorized and accrued "leave with pay." Also like the original three named Plaintiffs, when the additional ten named Plaintiffs took or used accrued authorized leave with pay for less than eight (8) hours within a pay period and/or were excused from duty on holidays, their customary and regular pay for regularly scheduled work -- which included night premium pay – was reduced in amounts equal to the night premium pay to which they would have been entitled had they remained at work at their regular work schedule. Each Plaintiff's full name, address, social security number, place of employment, and position are identified in the list attached as Exhibit 1 to the Second Amended Class Action Complaint for Money Damages.

Adding the ten named Plaintiffs is the only change being proposed in the second amended class action complaint for money damages. As such, granting leave to file the second amended complaint will not cause any delay with respect to the present class certification motion pending in this matter and/or the resolution of this matter.

Pursuant to Rule 15(a), counsel for the Plaintiffs, Curtis R. Cotton, discussed Plaintiffs' plan to seek leave to add ten additional named Plaintiffs with counsel for the United States, Reginald T. Blades, Jr., who responded that the United States consented to the filing of the second amended complaint with the additional ten named Plaintiffs, and that the United States would not oppose this motion.

For these reasons, Plaintiffs respectfully request the Court grant this unopposed motion for leave to file a Second Amended Class Action Complaint for Money Damages to add ten additional named Plaintiffs.

Dated: June 16, 2005

Respectfully Submitted,

s/ Robert W. Brownlie by s/ Curtis R. Cotton

Robert W. Brownlie
DLA Piper Rudnick Gray Cary US LLP
4365 Executive Drive, Suite 1100,
San Diego, CA 92121-2133
(858) 638-6886
Fax (858) 677-1401
Counsel for Plaintiffs

Of Counsel:
Curtis R. Cotton
DLA Piper Rudnick Gray Cary US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2854
Fax (619) 699-2701