# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: June 28, 2005)

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On June 28, 2005, the court held oral argument on the issue of class certification in this action. Upon consideration of the arguments presented by the parties, the court has concluded that additional briefing is necessary to resolve that issue. Accordingly, the court hereby **ORDERS** that, on or before July 18, 2005, each party shall file a memorandum, not to exceed ten pages, addressing the following issues:

1. Whether joinder is proper with respect to the existing three plaintiffs, and whether joinder would be proper with respect to the additional ten proposed plaintiffs.

2. Whether there are applicable precedents for the proposition that, where a defendant has declined to contest liability, the plaintiffs may or may not nevertheless successfully seek class certification.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge