# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: June 29, 2005)

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On June 16, 2005, plaintiffs filed an unopposed motion for leave to amend their complaint. The motion is hereby **GRANTED**. Plaintiff is directed to file its amended complaint.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge