# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 1. Joseph Barnes<br>2. Kaylene Holub<br>3. Socorro Yosuico<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 04-1335C<br><br>**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**<br><br>(Judge Allegra) |

TO ALL PARTIES AND THE CLERK OF THE ABOVE COURT:

PLEASE TAKE NOTICE that effective July 25, 2005, the firm address for Plaintiff's counsel, Robert W. Brownlie, Esquire, changed to the following:

Robert W. Brownlie, Esq.
DLA Piper Rudnick Gray Cary US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-3665
Facsimile: (619) 699-2701

Dated: August 4, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By____________________
ROBERT W. BROWNLIE
Attorneys for Plaintiff

SD\1633159.1
356616-1

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August 2005, a copy of the foregoing "NOTICE OF CHANGE OF FIRM NAME AND ADDRESS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert W. Brownlie