IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSEPH BARNES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-1335 C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's November 3, 2005 Order, the parties respectfully submit the following joint status report.

Counsel for the parties held a telephone conference on November 16, 2005 to discuss how the case should proceed at this point, including a proposed course for meeting the notice requirements of RCFC 23(c). This initial discussion between counsel revealed that the parties disagree about the best way to identify potential class members so that the best way to provide notice may be determined. The parties, however, are willing to continue to discuss these issues with the participation of Navy personnel having knowledge of payroll operations. Because travel, end-of-the-year and holiday leave schedules will complicate and interfere with the scheduling of these follow-up discussions, the parties respectfully request the Court to allow them until January 18, 2006 to engage in these discussions in an effort to resolve these issues cooperatively. The parties plan to hold the next discussion, which will include Navy personnel, in December 2005, with a follow-up discussion, if necessary, during the week of January 9, 2006.

During this time, the parties will also work to reach agreement upon the contents of the notice and the notice period. The parties, therefore, respectfully request the Court to allow them

to continue their discussions and to provide the Court with another status report by January 18, 2006 to indicate how the parties believe this matter should proceed, including a proposed course for meeting the notice requirements of RCFC 23(c). The parties also anticipate that the January 18, 2006 joint status report will provide a proposed schedule relating to discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Robert W. Brownlie
ROBERT W. BROWNLIE
DLA Piper Rudnick Gray Cary US LLP
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 699-6886
Facsimile: (619) 699-2701

Of Counsel:

CURTIS R. COTTON
DLA Piper Rudnick Gray Cary US LLP
San Diego, CA

IRA M. LECHNER
Escondido, CA

Attorneys for Plaintiff

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-7300
Facsimile: (202) 307-0972
reginald.blades@usdoj.gov

Of Counsel:

JOHN NOEL
Attorney
Office of General Counsel
Department of the Navy
Washington, D.C.

Attorneys for Defendant

Date: November 29, 2005

Date: November 30, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.