# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: December 8, 2005)

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On November 30, 2005, the parties filed a joint status report indicating that discussions as to how this case should proceed are continuing, and that an agreed upon course of action should be finalized by January 18, 2006. Accordingly, on or before January 18, 2006, the parties shall file a joint status report indicating how this case should proceed, including a proposal for meeting the notice requirements of RCFC 23(c) and a proposed discovery plan.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge