# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 1. Joseph Barnes<br>2. Kaylene Holub<br>3. Socorro Yosuico<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 04-1335C<br><br>(Judge Allegra) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 8, 2005 Order, the parties respectfully submit the following joint status report regarding how the case should proceed at this point, including a proposed course for meeting the notice requirements of RCFC 23(c):

**Identification of Class Members**

Counsel for the parties have held a number of conference calls since early December 2005, including a call that included Navy accounting personnel, to discuss how the case should proceed at this point, including discussion related to a proposed course for meeting the notice requirements of RCFC 23(c).

The parties have tentatively agreed that the best approach to identify the potential class members is to identify all civilian employees at Navy medical facilities who, at anytime since April 18, 1998, received some amount of "premium pay" for working at night. The parties are currently continuing to explore the best method for accomplishing this identification, including

what, if any, information in addition to name, social security number, and address may be gathered at the same time. Once counsel have reached a final agreement as to the best method for accomplishing this identification, including the precise information to be gathered, and the estimated time for completion, counsel will report back to the court with the information. The parties expect to be able to provide this information to the court on or before February 17, 2006.

**Plaintiffs' Discovery Related to Identification of Class Members**

As part of counsel's final agreement as to the best method for accomplishing the identification of potential class members, counsel will also come to a final agreement as to the parameters of Plaintiffs' ability to engage in focused discovery (including RCFC 30(b)(6) depositions) to ensure the information on all potential class members has actually been compiled pursuant to the parties' agreement.

**Plaintiffs' Merits Discovery**

Once counsel for the parties have agreed upon the specific method that will be used for obtaining the information to be compiled for each potential class member, Plaintiffs will begin merits discovery in the case. Within 15 days of such agreement, Plaintiffs will serve their first set of written discovery, which will include document requests.

**Content of Individual Notice To Class Members**

The parties have agreed to meet and confer on the content of the class notice. The parties have also agreed to meet and confer regarding the class notice period and other related issues. The parties expect to complete this process prior to completion of the compilation of the agreed upon information for each potential class member. To the extent the parties are not able

to agree on the content of the class notice or the class notice period, the parties will raise the issue with the court in a timely manner.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Robert W. Brownlie
ROBERT W. BROWNLIE
DLA Piper Rudnick Gray Cary US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2854
Facsimile: (619) 699-2701

Of Counsel:

CURTIS R. COTTON
DLA Piper Rudnick Gray Cary US LLP
San Diego, CA

IRA M. LECHNER
Escondido, CA

Attorneys for Plaintiff

DATED: January 18,2006

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-7300
Facsimile: (202) 307-0972
reginald.blades@usdoj.gov

Of Counsel:

JOHN NOEL
Attorney
Office of General Counsel
Department of the Navy
Washington, D.C.

Attorneys for Defendant

Date: January 18, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert W. Brownlie