# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: January 24, 2006)

---

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On January 18, 2006, the parties filed a joint status report indicating that they expect to finalize a plan to meet the notice requirements of RCFC 23(c) by February 17, 2006. Accordingly, on or before February 17, 2006, the parties shall file a joint status report indicating:

(i) the method by which identification of the class members will be accomplished, the precise information to be gathered, and a specific date for completion of the identification;

(ii) the parameters of plaintiffs' discovery related to the identification of class members, and a specific date by which this discovery will be completed;

(iii) a specific date by which the content of the notice to the class members (pursuant to RCFC 23(c)(2)(B)) will be finalized; and

(iv) a proposed schedule for fact and expert discovery on the merits of this case.

If details on the foregoing are not included in the parties' February 17, 2006, filing, the court will establish its own plan for proceeding herein.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge