# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: March 3, 2006)

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On February 17, 2006, the parties filed a joint status report indicating that they have been unable to agree upon various issues relating to the identification of the class. Accordingly, on or before March 15, 2006, the parties shall file simultaneous memos, not to exceed five pages, on the issue – and only the issue – of which party shall bear the cost of identifying the potential class members.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge