# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: March 8, 2006)

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference will be held in this case on Monday, March 20, 2006, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge