# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: March 21, 2006)

---

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

A status conference was held in this case on March 20, 2006. Pursuant to the discussion held therein:

(i) All discovery is stayed until further order of the court;

(ii) On or before April 7, 2006, defendant shall file a status report containing a detailed cost estimate for identifying the potential class members;

(iii) On or before April 7, 2006, plaintiffs shall file a proposed discovery plan.

A further status conference will be set by future order after the filings have been received.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge