IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSEPH BARNES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 04-1335 C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT
IN RESPONSE TO THE MARCH 21, 2006 ORDER OF THE COURT

By order issued March 21, 2006, the Court ordered defendant to file "a status report containing a detailed cost estimate for identifying the potential class members." We respectfully submit this response to that order.

As explained in the parties' February 17, 2006 joint status report, we can estimate the cost for generating lists of names of potential class members from the electronic records maintained by the Defense Finance and Accounting Service ("DFAS"). Those records can provide names and addresses for potential class members employed within the most recent 26 pay periods ("current-year"), and can provide names but not addresses for all periods prior to the current-year. At this time, we cannot estimate costs for finding addresses for any potential class members not identified upon the current-year list.

The cost to provide the information that can be retrieved from the DFAS electronic records is $8,373.47, which is based upon 109.5 hours times $76.47 per hour. The rate is established by the Office of the Secretary of Defense ("OSD") upon a yearly basis in connection with working capital funds as part of program budgeting. See 10 U.S.C. § 2208 (authorizing Secretary of Defense to establish working capital funds); 31 U.S.C. § 9701(b) (authorizing agency heads to prescribe regulations establishing the charge for a service or thing of value

provided by the agency); 32 C.F.R. § 204.1 (implementing the Department of Defense program under 31 U.S.C. § 9701 and OMB Circular A-25). The rate is the rate established for Information Services Direct Billable Hours in Program Budget Decision (PBD) 426 (December 27, 2004), setting rates for fiscal years 2006 and 2007. The direct and indirect costs considered in establishing rates are described in the attached OSD Comptroller iCenter document, entitled "Core Elements Of DWCF [Defense Working Capital Funds] Rate Setting, Full Cost Recovery And The Setting Of Rates" (available at http://www.dod.mil/comptroller/icenter/dwcf/ratesetting.htm).

With regard to the specific task of obtaining the information regarding potential class members from 1998 to the present, the following information is provided. The DFAS maintains payroll information for its clients, the military services and defense agencies, upon a number of different systems. Current-year data for civilian payroll operations are maintained online in the Defense Civilian Payroll System computer system. Data for years prior to the current-year are copied onto CDs for long-term storage and deleted from the online system. The data on the CDs cannot be accessed in the same manner as the online data records; separate specific search programs must be written to retrieve data from the CDs. Due to changes in the civilian payroll database structure and the replication of the format to the data repository, separate retrieval programs must be written for each year required. The 1998 data predate the data repository, and therefore, examination of that data requires locating the actual tape storage medium and writing a separate program to retrieve requested data from the tape. All retrieved data must then be formatted as requested. All searches, whether online or of the individual CDs, must be performed manually. The Navy medical facilities that employed the potential class members

were serviced by different payroll offices, and their payroll records are combined with the payroll records from a multitude of other Department of Defense employing offices.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-7300
Facsimile: (202) 307-0972
reginald.blades@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

JOHN NOEL
JAMES H. PHILLIPS
Attorneys
Office of General Counsel
Department of the Navy
Washington, D.C.

April 7, 2006

**ATTACHMENT**

# OSD Comptroller iCenter

## Core Elements of DWCF Rate Setting

### Full-Cost Recovery and the Setting of Rates

The Defense Working Capital Fund (DWCF) provides a financial structure that is intended to promote total-cost visibility and full-cost recovery of support services. The funds are structured around functions, or Activity Groups, that provide goods and services to customers throughout DoD.

Managers of these functions prepare their budgets based on anticipated workload and expenses. These managers are required to budget their rates based upon full-cost recovery, including all general and administrative support provided by others. At the same time, fund customers include in their budgets their planned requirements for goods and services from the various functions.

These budgets are submitted to the Components. Rates are set through the budget process and are keyed to a unit of output that is unique to each function. Except for the Depot Maintenance and Central Design Activity (CDA) Activity Groups, once these rates are set, they are stabilized (held constant) for the budget year to ensure that customers pay the full cost for goods and services received from the functions. The budget process also ensures that adequate resources are budgeted in the customer's appropriated-fund accounts to pay the established rates.

**go to** Common Questions About Rates

### Impact of Rate Stabilization

The essence of rate stabilization is that rates are set for the entire fiscal year. These rates are used as a basis for a customer's appropriation. This stabilized rate policy protects appropriated-fund customers from unforeseen cost changes, enabling them to more accurately plan and budget for DWCF support requirements. The policy also reduces disruptive fluctuations in planned DWCF workload levels and permits more effective use of DWCF resources.

### Costs Associated with Rates

Rates are set on a unit-cost basis and are based on full costs, which include:

- Direct, indirect, and overhead costs
- Gains and losses of prior years

- Depreciation.

Unit cost rates vary by Business Area. The chart below, for example, shows what is included in the rates for the Supply, Distribution Depot, and Depot Maintenance Business Areas.

| Products or Services | Rates include |
|---|---|
| **Supply** | Cost of the goods plus a surcharge that recovers the actual costs of operating the supply business |
| **Distribution Depots** | Cost of receipt, storage, packing, and shipping for goods ordered by customers, expressed as cost per line item received, stored, or shipped |
| **Depot Maintenance** | Costs incurred in repair, rework, or modification of depot-level reparable items or components, expressed as cost per direct labor hour |

## DWCF Rate Setting Categories

Using guidance from the Office of the Secretary of Defense (OSD) and the respective Component, DWCF Business Area managers set their rates to recover all operating and capital costs associated with providing a product or service. This means that rates are set to achieve an Accumulated Operating Result (AOR) of zero in the budget year. During budget execution, Business Areas record either a positive or negative Net Operating Result (NOR).

DWCF Business Areas are categorized into two groups for rate setting purposes:

1. No n-supply management—Depot Maintenance, Research and Development, and Distribution Depots use unit-cost rates based on identified input/output measures. These measures establish fully burdened rates, such as cost per direct labor hour, cost per product, cost per item received, cost per item shipped, and so on.
2. Suppl y management—use commodity costs along with a cost-recovery factor to set standard rates and prices. Individual item prices are set by including the commodity cost of the item with a cost-recovery factor, by percentage or fixed amount.

The commodity cost is the most current cost of a representative procurement. The cost-recovery factor is developed based on cost recovery consisting of:

- Operating costs plus prior year gains/losses
- Shipping and transportation (inventory issues, customer returns with/without credit, depot-level reparable exchange, lateral redistribution)
- Inventory expenses

- Inventory maintenance
- Adjustments for inflation
- Repair costs including attrition (washouts and losses).

## Customer Rate Changes for Gains and Losses

Should a Business Area record a positive or negative Net Operating Result, DoD revolving fund policy requires the prior year operating gains or losses to be returned or recovered through customer rates changes set during the budget review. Profits from prior year operations are returned to customers through decreased rates; losses are recouped through increased rates.

A surcharge is imposed on customer bills to recoup losses. The amount of losses to be recouped is determined at the first budget execution review meeting of the fiscal year. Additional adjustments are determined during the mid-year review as needed. Customers are required to absorb or finance all cost increases.

**go to** Customer Rate Changes

### Depot Maintenance Price Adjustments

In the case of Depot Maintenance Activities, customer prices may be adjusted during the execution year to compensate for significant gains or losses. For these Activity Groups, unbudgeted operating losses or gains of $10 million or more per Activity Group are recouped or returned as appropriate. Costs are adjusted in the current fiscal year or, in the case of fourth quarter gains and losses, in the subsequent quarter of the next fiscal year.

This rate adjustment will:

- Increase financial discipline
- Encourage Depot Commanders to implement cost controls more rapidly
- Provide incentives to set rates correctly in the budget
- Eliminate the routine use of advance billing to cover execution losses
- Improve operational efficiency.

## Civilian Equivalent Rates for Military Personnel

Before DWCF was established, military personnel were assigned to a DWCF Activity as a "free" resource; that is, the cost of military personnel was not paid for by DWCF nor was the cost included in reimbursable billings of the Activity to its customers.

Military personnel may be assigned to fund Activities for mobilization purposes, sea/shore rotation flexibility, or for career progression. In addition, military personnel are subject to duties and responsibilities as a result of their military position that do not apply to civilian employees and that may not be directly benefit the DWCF Activity. These duties include short-term military training, guard duty, inspections, and other military-related actions.

## New Budget Method Includes Cost of Military Personnel

After DWCF was created, the process was changed to include the cost of military personnel in the total cost of operations of DWCF Activities. The new method includes two separate processes.

1. Payment to military personnel appropriations—for the budgeted number of military personnel for a Business Area, regardless of the actual number of military personnel assigned.
2. Co sting of military personnel at civilian equivalent rates—for work performed at the Business Area Activity. The civilian equivalency rate policy recognizes that if the military requirements did not exist, some positions now staffed by military personnel could be staffed with civilians at a lower cost to the Business Area.

During the budget process, the DWCF Activity includes the civilian equivalent rates of military personnel in its stabilized billing rates to fund customers. The stabilized billing rate is developed based on the military personnel dollar amount estimated during budget formulation regardless of the number and grade of military personnel subsequently actually assigned to the DWCF Activity.

The two-phase process does not result in duplicate transactions but rather: (1) ensures military personnel appropriations are not under-funded due to variances between budget and actual numbers of military personnel assigned to DWCF Activities, (2) ensures customers are charged—through the rate structure—only for the number of military personnel budgeted for a DWCF Activity, and (3) provides a tool to identify the actual cost of work performed.

**go to** Civilian/Military Equivalent Rates

**go to** Guidance on Military Personnel Costs

## Inflation Guidance and Spend-Out Rates

To allow for inflation, inflation and spend-out rates are used during budget preparation. The below inflation and spend-out rates are reflected in the FY05 President's Budget Submission and supporting congressional justification materials, and are to be used in the preparation of the FY06 through FY11 Joint Program Objective Memorandum (POM)/Budget Estimate Submission (BES).

**go to** Inflation Guidance and Spend Out Rates

# Financial Management Regulations

DoD Financial Management Regulations specify policies and procedures within the area of responsibility of the Under Secretary of Defense (Comptroller) (OUSD(C)) for use by all DoD Components. The regulation consists of fifteen volumes; the following volumes are especially relevant to preparing budgets and setting rates for full-cost recovery.

Vol. 1, General Financial Management Information Systems and Requirements
http://www.dod.mil/comptroller/fmr/01/index.html

Vol. 2A, Budget Formulation and Presentation (chapters 1-3)
http://www.dod.mil/comptroller/fmr/02a/index.html

Vol. 2B, Budget Formulation and Presentation (chapters 4-19)
http://www.dod.mil/comptroller/fmr/02b/index.html

Vol. 3. Budget Execution—Availability and Use of Budgetary Resources
http://www.dod.mil/comptroller/fmr/03/index.html

Vol. 11A, Reimbursable Operations, Policy and Procedures
http://www.dod.mil/comptroller/fmr/11a/index.html

Vol. 11B, Reimbursable Operations, Policy and Procedures, Working Capital Funds
http://www.dod.mil/comptroller/fmr/11b/index.html



The appearance of hyperlinks does not constitute endorsement by the Department of Defense of this Web site or the information, products or services contained therein. For other than authorized activities such as military exchanges and Morale, Welfare and Recreation sites, the Department of Defense does not exercise any editorial control over the information you may find at these locations. Such links are provided consistent with the stated purpose of this DoD Web site.

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April 2006, a copy of the foregoing "DEFENDANT’S STATUS REPORT IN RESPONSE TO THE MARCH 21, 2006 ORDER OF THE COURT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.