IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSEPH BARNES, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | ) | No. 04-1335 C (Judge Allegra) |

JOINT STATUS REPORT

Pursuant to the Court's July 17, 2006 Order, the parties respectfully submit a proposed protective order, to which the parties have agreed. The parties have been unable to agree upon the content of the class notice. Each party, therefore, submits its proposed version of the class notice.

The disagreement regarding the class notice is limited to the second paragraph in section "III. THE CLASS". Plaintiffs believe that the information about plaintiffs' counsel's estimation of potential recovery is important to have in the notice because it goes to providing the best practicable notice possible under the circumstances. Plaintiffs believe that it is clear that the estimate is plaintiffs' counsel's estimate and not the estimate of the Navy or the Court, and that the estimate is only applicable if liability is determined. Plaintiffs believe that the information assists class members in understanding and appreciating the case and notice being provided, and is necessary to ensure that class members are given fair notice regarding the matter.

Defendant believes that the estimate is inaccurate and misleading, and therefore, should be excluded from the notice.

The notice is not being sent as part of the administration of a settlement class in which the parties have already determined a basis for calculating individual recovery. Defendant is not aware that plaintiffs' counsel possesses any direct evidence that either Mr. Barnes, Ms. Holub, or Ms. Yosuico, or any potential class member was underpaid upon which any estimate of potential recovery could be based. The notice will emanate from, and be issued under, the auspices of the Court; inclusion of an estimate of recovery, even a qualified one, inappropriately implies that the Court supports the inference that recovery is probable. At this stage of the proceedings, there is no basis for an estimate of potential recovery, and plaintiffs' counsel's estimate should not be included in the class notice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Robert W. Brownlie
ROBERT W. BROWNLIE
DLA Piper Rudnick Gray
Cary US LLP
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 699-6886
Facsimile: (619) 699-2701

Of Counsel:

CURTIS R. COTTON
DLA Piper Rudnick Gray
Cary US LLP
San Diego, CA

IRA M. LECHNER
Escondido, CA

Attorneys for Plaintiff

Date: August 25, 2006

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-7300
Facsimile: (202) 307-0972
reginald.blades@usdoj.gov

Of Counsel:

ROBYN L. McNISH
Attorney
Office of General Counsel
Department of the Navy
Washington, D.C.

Attorneys for Defendant

Date: August 25, 2006

**PROPOSED PROTECTIVE ORDER**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSEPH BARNES, et al., Plaintiffs, | ) | |
| v. | ) | No. 04-1335 C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

PRIVACY ACT PROTECTIVE ORDER

Pursuant to the Court's July 17, 2006 Order, defendant is required to disclose to class counsel certain information protected by the Privacy Act of 1974, 5 U.S.C. § 552a. Therefore, pursuant to the provisions of Section (b)(11) of the Privacy Act, 5 U.S.C. § 552a(b)(11),

IT IS HEREBY ORDERED that, for any proceedings conducted in this action, the defendant is authorized to release to class counsel and, if appropriate, to this Court, information relating to the individual potential class members' employment with the Federal Government, including former employee status information, and information contained in individual potential class members' Official Personnel Folders (OPFs), without obtaining prior written consent of the individuals to whom such information pertains. The disclosure of this information, which is subject to the Privacy Act, to the persons identified above is necessary for the administration of this class action. The disclosure of this information is subject to the following conditions:

(1) All records, including electronic records, that are disclosed by the defendant pursuant to this Order which identify individual class members or potential class members by name,

social security number, or any other identifying particular, shall be stamped, or otherwise identified as being, "SUBJECT TO PROTECTIVE ORDER." Such records and all information derived from them may be used only for purposes of identifying potential class members and providing class notice to them. Under no circumstances may any Government records, or any information derived from them, that are disclosed pursuant to this order be used for any purpose, either directly or indirectly, not relating to this class action.

(2) All records and information identifying individual class members and potential class members that are disclosed to class counsel pursuant to this Order must be returned to defendant, or destroyed, no later than 30 days after final judgment in this action. Should class counsel elect to destroy the records rather than return them, class counsel shall certify in writing to the defendant that all such records and copies thereof have been destroyed.

(3) Class counsel are allowed to use the names and addresses of class members obtained as a direct or indirect consequence of the release of information pursuant to this Order solely for the specific and exclusive purpose of identifying potential class members and providing class notice to them, and for no other purpose.

(4) Records and information produced pursuant to this Order may be disclosed by class counsel only to persons regularly in the employ of class counsel, or to independent contractors

retained by class counsel, who have a need for the information in the performance of their specified duties relating to identifying potential class members and providing class notice to them. No protected information may be disclosed by class counsel to any other person, including any independent contractor, unless such person has been designated in writing to counsel for defendant at least ten days in advance of the disclosure. If objection is timely made, no protected information shall be disclosed without approval of the Court.

(5) Prior to disclosure of any protected information to any individual to whom disclosure is authorized by this Order, each individual shall be provided with a copy of this Order and shall be required to sign the attached "CERTIFICATION OF COMPLIANCE WITH PROTECTIVE ORDER" indicating that they have read and agree to abide by the terms of this Order, prohibit the disclosure of protected information to anyone not authorized to receive it, prohibit the use of such information except in connection with this class action, and require the return of protected information to class counsel at the conclusion of this litigation. Certificates of compliance shall be provided by class counsel to counsel for defendant.

(6) Any filings with the Court that contain Privacy Act information produced pursuant to this Order, i.e., information that identifies individual class members or potential class members by name, social security number, or other identifying particular, shall be made under seal and shall be identified as

containing information that is subject to this Order. A redacted version with as few redactions as possible should be filed on the public record.

SO ORDERED, this ___ day of ___________ 2006.

_______________________________
FRANCIS M. ALLEGRA, JUDGE
UNITED STATES COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSEPH BARNES, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | ) ) ) ) ) ) ) ) ) | No. 04-1335 C (Judge Allegra) |

ATTACHMENT A

CERTIFICATION OF COMPLIANCE WITH PROTECTIVE ORDER

I, ______________________, certify my understanding that protected information is being provided to me pursuant to the restrictions of the protective order entered in Jospeh Barnes et al. v. United States, No. 04-1335 C, in the United States Court of Federal Claims. I solemnly swear or affirm that I have reviewed a copy of the protective order, and that I will be bound by and comply with the terms of the order, including any amendments by the Court. I understand that, except as provided in the protective order, at the conclusion of this litigation, all protected material, and any copies thereof, including but not limited to notes, summaries, digests, and transcriptions of such information, shall be returned to counsel for a party for disposition in accordance with the protective order.

Date: ___________________ Signed: __________________________

Print Name: __________________________

**PLAINTIFFS' PROPOSED CLASS NOTICE**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 1. Joseph Barnes<br>2. Kaylene Holub<br>3. Socorro Yosuico<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | No. 04-1335C<br><br>(Judge Francis M. Allegra) |

**NOTICE OF CLASS ACTION**

***THIS LEGAL NOTICE AFFECTS YOUR RIGHTS. PLEASE READ IT CAREFULLY.***

***ATTENTION:*** **ALL CURRENT AND FORMER NON-MILITARY EMPLOYEES OF THE DEPARTMENT OF THE NAVY WHO WERE OR ARE EMPLOYED AFTER AUGUST 18, 1998 AND WHO AT ANY POINT AFTER AUGUST 18, 1998 WERE REGULARLY SCHEDULED TO WORK ANY HOURS OF THEIR REGULAR SHIFT BETWEEN 6:00 P.M. AND 6:00 A.M. AT A HOSPITAL OR MEDICAL FACILITY OPERATED BY OR FOR THE DEPARTMENT OF THE NAVY.**

**INCLUDED ARE REGISTERED NURSES, NURSE ANESTHETISTS, LICENSED PRACTICAL OR VOCATIONAL NURSES, PHYSICIAN ASSISTANTS, NURSE'S ASSISTANTS, DENTAL ASSISTANTS, PHARMACISTS, CERTIFIED OR REGISTERED RESPIRATORY THERAPISTS, LICENSED PHYSICAL THERAPISTS, OCCUPATIONAL THERAPISTS, REHABILITATION THERAPY ASSISTANTS, TECHNICIANS, NUCLEAR MEDICINE TECHNICIANS, MEDICAL INSTRUMENT TECHNICIANS, MEDICAL CLERKS, FACILITY STAFF, HOUSEKEEPING STAFF,**

**INFORMATION SYSTEMS CLERKS AND MANAGERS, COMPUTER OPERATORS, WAREHOUSE STAFF, QUALITY ASSURANCE STAFF, AND ALL OTHER CIVILIAN PERSONNEL INCLUDING, BUT NOT LIMITED TO, SECURITY, FOOD SERVICE, AND MAINTENANCE PERSONNEL.**

## I. PURPOSE OF NOTICE.

This Notice informs you of a pending class action lawsuit against the United States on behalf of the class of persons identified below ("Class Members"). This lawsuit will determine the legal rights of all Class Members. This notice advises you of your rights and options as a potential class member. **IN ORDER TO PARTICIPATE IN THIS CLASS ACTION CASE, YOU MUST RESPOND TO THIS NOTICE.**

## II. THE LAWSUIT.

In the lawsuit entitled *Joseph Barnes, et al. v. The United States*, Case No. 04-1335C, in the United States Court of Federal Claims (the "Court"), plaintiffs allege that the Department of the Navy ("Navy") violated federal statutes by improperly failing to pay night "premium pay" in two situations: (1) when employees were excused from duty on officially authorized holidays; and/or (2) when employees were on paid leave for periods of less then eight (8) hours within a pay period. The United States denies plaintiffs' allegations.

**This notice is not an expression of any opinion by the Court about the merits of plaintiffs' contentions or defendant's defenses. The Court has not ruled upon any of the claims or defenses by either party.**

## III. THE CLASS

This case applies only to non-military employees of the Department of the Navy who were or are employed after August 18, 1998 at a hospital or medical facility operated by or for the Navy and who at any point after August 18, 1998 were regularly scheduled to work **any hours of their regular shifts** after 6 p.m. and before 6 a.m. on any night of the week (Monday through Sunday).

**Class Counsel have recently estimated that the average under payment, in the event liability is determined, to each Class Member, who worked for the Navy during the entire class period, is between $185 to $475, depending on job classification and pay. Some Class Members may be entitled to more or less depending on their individual circumstances. This estimate is Class Counsel's estimate and not an estimate of the Navy or the Court.**

On November 3, 2005, the Court ruled that the case could be maintained as a class action and that the plaintiff class shall consist of persons who meet the following requirements:

(1) Non-military employees of the Department of the Navy who were or are employed after August 18, 1998 (six years prior to the filing of the original complaint in this matter);

(2) who worked "nightwork" as defined by 5 U.S.C. § 5545(a) ("regularly scheduled work between the hours of 6:00 p.m. and 6:00 a.m.") or § 5545(b) (allowing time adjustments for facilities outside the United States) at a hospital or medical facility operated by or for the Department of the Navy;

(3) whose premium pay for "nightwork" pursuant to 5 U.S.C. § 5545 was unpaid for "periods of leave with pay during these hours" of less than eight (8) hours within a pay period; and/or

(4) whose "pay" for officially authorized holidays under 5 U.S.C. §§ 6103 and 6104 was not "the same pay for that day as for a day on which an ordinary day's work is performed" because it did not include the "nightwork" premium pay for "periods of absence with pay during these hours due to holidays" pursuant to 5 U.S.C. § 5545.

(5) Included (where they qualify under the foregoing provisions requirements) are registered nurses, nurse anesthetists, licensed practical or vocational nurses, physician assistants, nurse's assistants, dental assistants, pharmacists, certified or registered respiratory therapists, licensed physical therapists, occupational therapists, rehabilitation therapy assistants, technicians, nuclear medicine technicians, medical instrument technicians, medical clerks, facility staff, housekeeping staff, information systems clerks and managers, computer operators, warehouse

staff, quality assurance staff, and all other civilian personnel including, but not limited to, security, food service and maintenance personnel.

The Court has certified plaintiffs Joseph Barnes, Kaylene Holub, and Socorro Yosuico as the class representatives, and Robert W. Brownlie, DLA Piper Rudnick Gray Cary US LLP, 401 B Street, Suite 1700, San Diego, CA, 92101, as Class Counsel.

## IV. RIGHTS, OPTIONS AND OBLIGATIONS OF CLASS MEMBERS. IN ORDER TO PARTICIPATE IN THIS CLASS ACTION CASE, YOU MUST RESPOND TO THIS NOTICE BY OPTING INTO THE CASE AS INSTRUCTED BELOW.

**As a member of the class your rights in this litigation will be represented by the class representatives and the attorneys for the class. You will receive the benefit of, and be bound by, all rulings, orders, or judgment entered or any settlement approved by the Court, whether favorable or unfavorable.**

### A. Submitting an Opt-In Notice.

**If you wish to participate in this case and share in any potential damage award from this case, you must complete and sign an Opt-In Notice and return it via U.S. mail to Class Counsel (address provided below; claim form attached). Your Opt-In Notice form must be postmarked by ________________, 2007.**

If you chose to participate in this case by submitting an Opt-In Notice, you will **not** be required to advance any attorneys' fees or costs related to the prosecution of the case. Class Counsel is proceeding with this case on a contingent fee basis and is advancing the costs related to the prosecution of the case. If plaintiffs are successful, Class Counsel will be paid fees and allowed to recover their costs only if, and to the extent, awarded by the Court. Those fees and costs, if any, may either be paid by the United States or from the recovery in this case. If Class Counsel's fees and costs are paid out of the recovery in this case and that results in a reduction in the amount available for distribution to the Class Members, it may reduce the amount of your recovery in this case. If there is no recovery in this case, you will **not** be required to pay any

attorneys' fees or costs to Class Counsel. **In no event will you be asked to pay Class Counsel directly ("come out of pocket") to pay their fees and costs.**

### B. Effect of Failing to Submit an Opt-In Notice.

If you fail to submit an Opt-In Notice Form postmarked on or before ________, 2007, you may be barred from participating as a class member in this case or any recovery from it. Pursuant to the Court's Rules, you may also enter an appearance in this matter through private counsel if you desire. Depending on the facts relating to your particular circumstances, you may or may not be able to pursue your own claim against the United States independently of this class action case. If you do decide to pursue your claim independently, outside this class action, we encourage you to do so immediately or consult with your counsel immediately because certain statutes of limitations may bar or limit your claims.

## V. ADDRESSES OF CLASS COUNSEL

The address for Class Counsel is: Robert W. Brownlie, Esq., DLA Piper Rudnick Gray Cary US LLP, 401 B Street, Suite 1700, San Diego, CA 92101. Of Counsel are: Curtis R. Cotton, Esq., DLA Piper Rudnick Gray Cary US LLP, 401 B Street, Suite 1700, San Diego, CA 92101 and Ira M. Lechner, Esq., 19811-4th Place, Escondido, CA 92909.

The phone number to reach Class Counsel is: (619) 699-2854 (Curtis R. Cotton)

## VI. MORE INFORMATION ABOUT THIS CLASS ACTION.

This notice contains only a summary of the Action. The pleadings and other records in this litigation, including the Court's November 3, 2005 order, may be examined at any time during regular business hours at the Office of the Clerk of the Court of Federal Claims at 717 Madison Pl., N.W., Washington, D.C. 20005. For more information concerning this lawsuit, you may contact Class Counsel at the above addresses and/or phone number.

**DO NOT CONTACT THE GOVERNMENT'S COUNSEL, THE COURT CLERKS, OR JUDGES REGARDING THIS NOTICE.**

**CLASS ACTION OPT-IN NOTICE FORM**
UNITED STATES COURT OF FEDERAL CLAIMS
*Joseph Barnes, et al. v. The United States*, Case No. 04-1335C

1. Fill out this form completely and legibly. **It must be mailed to Class Counsel at the address below and must be postmarked by ______________, 2007**.

PLEASE NOTE: A Notice has been sent to your address based on information contained in the Government's records regarding your employment with the Department of the Navy ("Navy"). It is your responsibility to ensure that the information you provide on this form is complete and accurate, and that you, or an heir or other legal representative, are entitled to a distribution of money arising out of the above lawsuit.

2. Please write the full name *(including any alternate names, e.g., maiden name or previous married name)* of the non-military person who works or worked at a hospital or medical facility operated by or for the Navy, his or her job position or positions (such as registered nurse, medical clerk, housekeeping etc., *including titles, series, and grades*), and all dates and locations (facility name) of employment any time between August 18, 1998 and the present time:

*Name (including any alternate names, e.g., maiden name or previous married name):*

______________________________________________________________________

*Position(s)(including titles, series, and grades):*

______________________________________________________________________

*All Dates and Locations (facility name) of Employment:*

______________________________________________________________________

3. Please fill in the information below.

*Home Address:* ___________________________________________________________

___________________________________________________________

*Telephone:* ______________________ *Social Security Number:*________________________

4. **By signing your name in the space below, you understand that you are consenting to join the collective action of plaintiffs on whose behalf the named Plaintiffs have alleged the violations described in the accompanying Notice of Class Action ("Notice"). You are also declaring, under penalty of perjury under the laws of the United States and applicable state laws, that you were or are one of the employees, or an heir or legal representative of one of the employees described on page 3 of the accompanying Notice, and that, to the best of your knowledge, you believe you are entitled to a distribution arising out of this lawsuit according to the description of the Government's alleged failure to pay night premium pay as printed in the accompanying Notice.**

*Sign Your Name:* ______________________________ *Date:* ________________________________

*Print Your Name:* _____________________________ *Relationship to Employee:* _______________

5. Mail this completed form to: ____________________________________________________

**DEFENDANT'S PROPOSED CLASS NOTICE**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 1. Joseph Barnes<br>2. Kaylene Holub<br>3. Socorro Yosuico<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | No. 04-1335C<br><br>(Judge Francis M. Allegra) |

## NOTICE OF CLASS ACTION

***THIS LEGAL NOTICE AFFECTS YOUR RIGHTS. PLEASE READ IT CAREFULLY.***

***ATTENTION:*** **ALL CURRENT AND FORMER NON-MILITARY EMPLOYEES OF THE DEPARTMENT OF THE NAVY WHO WERE OR ARE EMPLOYED AFTER AUGUST 18, 1998 AND WHO AT ANY POINT AFTER AUGUST 18, 1998 WERE REGULARLY SCHEDULED TO WORK ANY HOURS OF THEIR REGULAR SHIFT BETWEEN 6:00 P.M. AND 6:00 A.M. AT A HOSPITAL OR MEDICAL FACILITY OPERATED BY OR FOR THE DEPARTMENT OF THE NAVY.**

**INCLUDED ARE REGISTERED NURSES, NURSE ANESTHETISTS, LICENSED PRACTICAL OR VOCATIONAL NURSES, PHYSICIAN ASSISTANTS, NURSE'S ASSISTANTS, DENTAL ASSISTANTS, PHARMACISTS, CERTIFIED OR REGISTERED RESPIRATORY THERAPISTS, LICENSED PHYSICAL THERAPISTS, OCCUPATIONAL THERAPISTS, REHABILITATION THERAPY ASSISTANTS, TECHNICIANS, NUCLEAR MEDICINE TECHNICIANS, MEDICAL INSTRUMENT**

**TECHNICIANS, MEDICAL CLERKS, FACILITY STAFF, HOUSEKEEPING STAFF, INFORMATION SYSTEMS CLERKS AND MANAGERS, COMPUTER OPERATORS, WAREHOUSE STAFF, QUALITY ASSURANCE STAFF, AND ALL OTHER CIVILIAN PERSONNEL INCLUDING, BUT NOT LIMITED TO, SECURITY, FOOD SERVICE, AND MAINTENANCE PERSONNEL.**

## I. PURPOSE OF NOTICE

This Notice informs you of a pending class action lawsuit against the United States on behalf of the class of persons identified below ("Class Members"). This lawsuit will determine the legal rights of all Class Members. This notice advises you of your rights and options as a potential class member. **IN ORDER TO PARTICIPATE IN THIS CLASS ACTION CASE, YOU MUST RESPOND TO THIS NOTICE.**

## II. THE LAWSUIT

In the lawsuit entitled *Joseph Barnes, et al. v. The United States*, Case No. 04-1335C, in the United States Court of Federal Claims (the "Court"), plaintiffs allege that the Department of the Navy ("Navy") violated federal statutes by improperly failing to pay night "premium pay" in two situations: (1) when employees were excused from duty on officially authorized holidays; and/or (2) when employees were on paid leave for periods of less then eight (8) hours within a pay period. The United States denies plaintiffs' allegations.

**This notice is not an expression of any opinion by the Court about the merits of plaintiffs' contentions or defendant's defenses. The Court has not ruled upon any of the claims or defenses by either party.**

## III. THE CLASS

This case applies only to non-military employees of the Department of the Navy who were or are employed after August 18, 1998 at a hospital or medical facility operated by or for the Navy and who at any point after August 18, 1998 were regularly scheduled to work **any**

**hours of their regular shifts** after 6 p.m. and before 6 a.m. on any night of the week (Monday through Sunday).

On November 3, 2005, the Court ruled that the case could be maintained as a class action and that the plaintiff class shall consist of persons who meet the following requirements:

(1) Non-military employees of the Department of the Navy who were or are employed after August 18, 1998 (six years prior to the filing of the original complaint in this matter);

(2) who worked “nightwork” as defined by 5 U.S.C. § 5545(a) (“regularly scheduled work between the hours of 6:00 p.m. and 6:00 a.m.”) or § 5545(b) (allowing time adjustments for facilities outside the United States) at a hospital or medical facility operated by or for the Department of the Navy;

(3) whose premium pay for “nightwork” pursuant to 5 U.S.C. § 5545 was unpaid for “periods of leave with pay during these hours” of less than eight (8) hours within a pay period; and/or

(4) whose “pay” for officially authorized holidays under 5 U.S.C. §§ 6103 and 6104 was not “the same pay for that day as for a day on which an ordinary day’s work is performed” because it did not include the “nightwork” premium pay for “periods of absence with pay during these hours due to holidays” pursuant to 5 U.S.C. § 5545.

(5) Included (where they qualify under the foregoing provisions requirements) are registered nurses, nurse anesthetists, licensed practical or vocational nurses, physician assistants, nurse’s assistants, dental assistants, pharmacists, certified or registered respiratory therapists, licensed physical therapists, occupational therapists, rehabilitation therapy assistants, technicians, nuclear medicine technicians, medical instrument technicians, medical clerks, facility staff, housekeeping staff, information systems clerks and managers, computer operators, warehouse staff, quality assurance staff, and all other civilian personnel including, but not limited to, security, food service and maintenance personnel.

The Court has certified plaintiffs Joseph Barnes, Kaylene Holub, and Socorro Yosuico as the class representatives, and Robert W. Brownlie, DLA Piper Rudnick Gray Cary US LLP, 401 B Street, Suite 1700, San Diego, CA, 92101, as Class Counsel.

## IV. RIGHTS, OPTIONS AND OBLIGATIONS OF CLASS MEMBERS

**IN ORDER TO PARTICIPATE IN THIS CLASS ACTION CASE, YOU MUST RESPOND TO THIS NOTICE BY OPTING INTO THE CASE AS INSTRUCTED BELOW.**

**As a member of the class your rights in this litigation will be represented by the class representatives and the attorneys for the class. You will receive the benefit of, and be bound by, all rulings, orders, or judgment entered or any settlement approved by the Court, whether favorable or unfavorable.**

### A. Submitting an Opt-In Notice

**If you wish to participate in this case, you must complete and sign an Opt-In Notice and return it via U.S. mail to Class Counsel (address provided below; claim form attached). Your Opt-In Notice form must be postmarked by ________________, 2007.**

If you chose to participate in this case by submitting an Opt-In Notice, you will **not** be required to advance any attorneys' fees or costs related to the prosecution of the case. Class Counsel is proceeding with this case on a contingent fee basis and is advancing the costs related to the prosecution of the case. If plaintiffs are successful, Class Counsel will be paid fees and allowed to recover their costs only if, and to the extent, awarded by the Court. Those fees and costs, if any, may either be paid by the United States or from the recovery in this case. If Class Counsel's fees and costs are paid out of the recovery in this case and that results in a reduction in the amount available for distribution to the Class Members, it may reduce the amount of your recovery in this case. If there is no recovery in this case, you will **not** be required to pay any attorneys' fees or costs to Class Counsel. **In no event will you be asked to pay Class Counsel directly ("come out of pocket") to pay their fees and costs.**

**B. Effect of Failing to Submit an Opt-In Notice**

If you fail to submit an Opt-In Notice Form postmarked on or before ________, 2007, you may be barred from participating as a class member in this case or any recovery from it. Pursuant to the Court's Rules, you may also enter an appearance in this matter through private counsel if you desire. Depending on the facts relating to your particular circumstances, you may or may not be able to pursue your own claim against the United States independently of this class action case. If you do decide to pursue your claim independently, outside this class action, we encourage you to do so immediately or consult with your counsel immediately because certain statutes of limitations may bar or limit your claims.

## V. ADDRESSES OF CLASS COUNSEL

The address for Class Counsel is: Robert W. Brownlie, Esq., DLA Piper Rudnick Gray Cary US LLP, 401 B Street, Suite 1700, San Diego, CA 92101. Of Counsel are: Curtis R. Cotton, Esq., DLA Piper Rudnick Gray Cary US LLP, 401 B Street, Suite 1700, San Diego, CA 92101 and Ira M. Lechner, Esq., 19811-4th Place, Escondido, CA 92909.

The phone number to reach Class Counsel is: (619) 699-2854 (Curtis R. Cotton)

## VI. MORE INFORMATION ABOUT THIS CLASS ACTION

This notice contains only a summary of the Action. The pleadings and other records in this litigation, including the Court's November 3, 2005 order, may be examined at any time during regular business hours at the Office of the Clerk of the Court of Federal Claims at 717 Madison Pl., N.W., Washington, D.C. 20005. For more information concerning this lawsuit, you may contact Class Counsel at the above addresses and/or phone number.

**DO NOT CONTACT THE GOVERNMENT'S COUNSEL, THE COURT CLERKS, OR JUDGES REGARDING THIS NOTICE.**

**<u>CLASS ACTION OPT-IN NOTICE FORM</u>**
UNITED STATES COURT OF FEDERAL CLAIMS
*Joseph Barnes, et al. v. The United States*, Case No. 04-1335C

1. Fill out this form completely and legibly. **It must be mailed to Class Counsel at the address below and must be postmarked by _______________, 2007**.

PLEASE NOTE: A Notice has been sent to your address based on information contained in the Government's records regarding your employment with the Department of the Navy ("Navy"). It is your responsibility to ensure that the information you provide on this form is complete and accurate, and that you, or an heir or other legal representative, are entitled to a distribution of money arising out of the above lawsuit.

2. Please write the full name *(including any alternate names, e.g., maiden name or previous married name)* of the non-military person who works or worked at a hospital or medical facility operated by or for the Navy, his or her job position or positions (such as registered nurse, medical clerk, housekeeping etc., *including titles, series, and grades*), and all dates and locations (facility name) of employment any time between August 18, 1998 and the present time:

*Name (including any alternate names, e.g., maiden name or previous married name):*
____________________________________________________________

*Position(s)(including titles, series, and grades):*
_________________________________________________________

*All Dates and Locations (facility name) of Employment:*
____________________________________________________

3. Please fill in the information below.

*Home Address:* ________________________________________________________

________________________________________________________

*Telephone:* ______________________ *Social Security Number:*________________________

4. **By signing your name in the space below, you understand that you are consenting to join the collective action of plaintiffs on whose behalf the named Plaintiffs have alleged the violations described in the accompanying Notice of Class Action ("Notice"). You are also declaring, under penalty of perjury under the laws of the United States and applicable state laws, that you were or are one of the employees, or an heir or legal representative of one of the employees described on page 3 of the accompanying Notice, and that, to the best of your knowledge, you believe you are entitled to a distribution arising out of this lawsuit according to the description of the Government's alleged failure to pay night premium pay as printed in the accompanying Notice.**

*Sign Your Name:* ______________________________ *Date:* _________________________________

*Print Your Name:* _____________________________ *Relationship to Employee:* _______________

5. Mail this completed form to: _____________________________________________________

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of AUGUST 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.