IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 1. Joseph Barnes<br>2. Kaylene Holub<br>3. Socorro Yosuico<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | No. 04-1335C<br><br>(Judge Francis M. Allegra) |

## NOTICE OF CHANGE OF FIRM NAME

Please take notice that the Law Firm of DLA Piper Rudnick Gray Cary US LLP has changed its name to DLA Piper US LLP. All future notices, pleadings, correspondence or communications should be addressed as follows:

DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297

Dated: September 6, 2006

s/ Robert W. Brownlie by s/Curtis R. Cotton
Robert W. Brownlie, Esq.
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-6886
Fax (619) 699-2701
Counsel for Plaintiffs

Of Counsel:
Curtis R. Cotton, Esq.
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2854
Fax (619) 699-2701

Ira M. Lechner, Escondido, CA

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2006, a copy of the foregoing NOTICE OF CHANGE OF FIRM NAME, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert W. Brownlie