# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: September 8, 2006)

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 17, 2006, this court ordered the parties to file a joint status report proposing the content of the class notice to be sent to potential class members pursuant to Rule 23(c) of the Rules of the United States Court of Federal Claims ("RCFC"). In their August 25, 2006, joint status report, the parties agreed on the content of the class notice in all respects, save a clause proposed by plaintiffs giving plaintiffs' counsel's estimate of potential recovery if liability is found. The court agrees with plaintiffs that it is appropriate to include an estimate of potential recovery in the class notice with a statement that this estimate has not been calculated or endorsed by either the court or defendant. Furthermore, in the court's view, the parties' proposed class notice is lacking in several respects, and the court directs the parties' attention to the examples provided by the Federal Judicial Center, available at www.fjc.gov under the "Class Action Notices Page." Accordingly, on or before **September 25, 2006**, the parties shall file a joint status report containing the proposed revised class notice, modeled on the examples provided by the Federal Judicial Center. To the extent that the parties are unable to agree upon the language for these items, each party will submit, as part of the joint status report, their separate views.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge