# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: November 17, 2006)

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On November 17, 2006, the court held a telephonic status conference. Participating in the conference were Robert W. Brownlie on behalf of plaintiff, and Reginald T. Blades, Jr. on behalf of defendant. Pursuant to discussions that occurred during this status conference:

1. On or before December 4, 2006, the parties shall file simultaneous memoranda addressing the impact of a counterclaim on a class action, and more specifically, the extent to which a counterclaim should be addressed in a class notice distributed to potential class members;

2. On or before January 15, 2007, plaintiffs shall distribute the court-approved class notice to potential class members, which notices shall have an opt-in date of March 16, 2007;

3. As expeditiously as possible, plaintiffs shall notify defendant of all class notices that are returned to sender, as undeliverable for lack of a proper address, as soon as such notices are returned, and upon receipt of this information, defendant shall renew its attempts to find the correct address for each of these potential class members;

4. On or before March 16, 2007, plaintiffs shall distribute the court-approved class notice to those potential class members who did not receive a class notice as a result of the January 15, 2007, mailing, which notices will have an opt-in date of May 16, 2007;

5. After it resolves the pending questions involving the counterclaim, the court will set a schedule for the ten individuals previously noticed by plaintiffs to decide whether to opt-in to the class and for the preliminary discovery discussed at the status conference.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge