# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: December 7, 2006)

---

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On December 4, 2006, the court received the parties' memoranda addressing the pending counterclaim issues in this case. Before resolving the issues presented, the court would like to determine the extent to which defendant's potential counterclaims are more theoretical, as opposed to predicated upon actual facts known to (or readily known by) defendant.

Accordingly, on or before December 22, 2006, defendant shall file a more detailed description of the nature of its potential counterclaims, including specific examples of counterclaims that it intends to file against individuals scheduled to receive notification of this class action. Since the latter examples are designed merely to be illustrative, defendant may provide the examples without providing the name, social security numbers or other specific identifying information for the specific individuals involved.

The court will determine the content of the class notice following defendant's filing. The parties should anticipate that, upon that ruling, the following revised schedule will be adopted:

1. On or before February 14, 2007, plaintiffs shall distribute the court-approved class notice to potential class members, which notices shall have an opt-in date of April 16, 2007;

2. As expeditiously as possible, plaintiffs shall notify defendant of all class notices that are returned to sender, as undeliverable for lack

of a proper address, as soon as such notices are returned, and upon receipt of this information, defendant shall renew its attempts to find the correct address for each of these potential class members; and

3. On or before April 16, 2007, plaintiffs shall distribute the court-approved class notice to those potential class members who did not receive a class notice as a result of the February 14, 2007, mailing, which notices will have an opt-in date of June 15, 2007.;

After it resolves the pending questions involving the counterclaim, the court will set a separate schedule for the ten individuals previously noticed by plaintiffs to decide whether to opt-into the class and for the preliminary discovery discussed at the status conference.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge