# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: January 4, 2007)

---

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

This court previously indicated that, upon resolving whether the class notice here would refer to the potential for counterclaims, the court would set a schedule for the ten individuals previously noticed by plaintiffs to decide whether to opt-in to the class, and for preliminary discovery relating to those individuals and the three named plaintiffs. By separate order issued this day, the counterclaims issue has been resolved and a schedule for the distribution of class notices has been established.

Accordingly, the court adopts the following schedule:

1. As expeditiously as possible following distribution of the first round of class notices on February 14, 2007, the ten individuals previously noticed by plaintiffs shall choose whether to opt-in to the class.

2. On or before April 16, 2007, discovery shall close with respect to the three named plaintiffs and those individuals (of the ten previously noticed by plaintiffs) who have chosen to opt-in to the class.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge