# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: April 20, 2007)

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On February 9, 2007, the court approved the text of a class notice and established a schedule for the distribution of this notice to potential class members. On April 16, 2007, discovery closed with respect to the three named plaintiffs and those individuals (of the ten previously noticed by plaintiffs) who have chosen to opt-in to the class. On or before May 3, 2007, the parties shall file a joint status report indicating the progress of class registration and the status of discovery with respect to those thirteen individuals.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge