# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

1. Joseph Barnes
2. Kaylene Holub
3. Socorro Yosuico

for themselves and on behalf of all others similarly situated,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA

Defendant.

Case No. 04-1335C

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND SECOND ROUND CLASS NOTICE DISTRIBUTION DATE**

(Judge Allegra)

Plaintiffs hereby move the Court to extend the class notice distribution date for the second wave of class notices by two weeks, from April 30, 2007 to May 14, 2007. Plaintiffs also propose that the opt-in-date be similarly extended from June 29, 2007 to July 13, 2007. Prior to the filing of this motion, Plaintiffs' counsel met and conferred with Defendant's counsel and provided Defendant's counsel with a draft of this motion. Defendant does not oppose the Court's granting of this motion for a two week extension. The parties are also willing to have a telephonic status conference regarding the issues addressed in this motion if the Court deems that appropriate.

Pursuant to the Court's February 9, 2007 order, plaintiff is required to notify defendant "of all notices that are returned to sender, as undeliverable for lack of a proper address," and "upon receipt of this information, defendant shall renew its attempts to find the correct address for each of these potential class members." Plaintiffs have sent out over 5,000 class notices and opt-in forms to potential class members. As of April 20, 2007, 273 opt-in forms have been

returned.[1] Each week since approximately March 12, 2007, plaintiffs have forwarded to defendant a list of potential class members whose notices were returned as undeliverable for lack of a proper address. As of April 20, 2007, plaintiffs have identified 753 potential class members whose notices have been returned to sender as undeliverable for lack of a correct address.

Defendant has indicated in an April 13, 2007 letter that it was requesting the Office of Personnel Management to search its files to provide the most current address contained in its files for individuals whose names appear on plaintiffs' lists of returned notices, that defendant has been able to identify as having retired from the Government. Defendant also indicated that it was "searching available resources for new addresses" for individuals whose names appear upon plaintiff's lists that have not retired from the Government. Defendant stated that it "expect[s] to be able to provide [plaintiffs] with the new addresses that [it] ha[s] been able to find, including those provided by OPM, by April 25, 2007. Any additional returned notices, beyond those identified upon [plaintiffs'] April 6, 2007 list, will need to be handled separately."

On Wednesday, April 25, 2005, plaintiffs received from defendant a disc containing 67 names, 59 of which had updated address information. On Thursday, April 26, 2005, plaintiffs received from defendant a disc containing 698 names, approximately 618 of which had updated address information.[2] Plaintiffs had not received updated addresses from defendant prior to April 25, 2007.

As noted, the current date for mailing the second round of class notices is Monday, April 30, 2006. Plaintiffs have provided the two lists of updated addresses for potential class members

---

[1] This does not include two opt-in forms that were received from individuals who were not on the original list of individuals receiving the notice.

to Rust Consulting, the service provider that plaintiffs have been utilizing to mail the notices. Rust Consulting has indicated that it may not be able to mail out notices to all of the newly-provided addresses by April 30, 2007.

Plaintiffs therefore requested that defendant agree to an extension to the second-round class notice distribution date and corresponding opt-in date. Defendant indicated that it would agree to a two-week extension. Accordingly, Plaintiffs request that the Court grant an extension of two weeks and set the following dates for the distribution of the second round of class notices:

- On or before May 14, 2007: Second round class notices may be mailed.
- July 13, 2007: Opt-in date for second round of class notices.

Plaintiffs expressly reserve their right to seek a further extension from the Court, should such an extension be necessary.

Respectfully submitted,

s/Robert W. Brownlie
ROBERT W. BROWNLIE
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Plaintiffs

Of Counsel:

JULIE L. SCHWARTZ
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
IRA M. LECHNER
19811-4th Pl.
Escondido, CA 92029
Telephone: (858) 864-2258
Facsimile: (760) 839-5755

Date: April 27, 2007

---

[2] There were also 19 names identified as deceased.

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2007, a copy of the foregoing "PLAINTIFFS' UNOPPOSED MOTION TO EXTEND CLASS NOTICE DISTRIBUTION DATE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert W. Brownlie