# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: June 7, 2007)

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A status conference will be held in this case on Friday, June 22, 2007, at 10:00 a.m. (CST) in the Schwartz Federal Building, 880 Front Street, San Diego, California 92101, Courtroom No. 4228.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge