# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: June 7, 2007)

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On June 6, 2007, defendant filed a motion to compel answers to interrogatories. On or before June 19, 2007, plaintiffs shall file their response to this motion.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge