# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: June 28, 2007)

---

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On June 22, 2007, a joint status conference was held in this case. Participating in the conference were Robert W. Brownlie on behalf of plaintiff, and Reginald T. Blades, Jr. on behalf of defendant. Pursuant to the discussions conducted therein:

1. On or before August 8, 2007, all discovery relating to the thirteen (13) previously noticed plaintiffs will close;

2. On or before August 22, 2007:

   a. The parties shall file a joint status report indicating how this case should proceed; OR

   b. If the parties cannot agree on the nature of future proceedings, each party shall file its own memorandum, not to exceed ten (10) pages in length, and including appropriate rules and/or precedent, indicating how this case should proceed; and

   c. ONLY if the parties have filed separate memoranda, pursuant to ¶ 2(b), on or before September 5, 2007, the parties shall each file responsive memoranda, not to exceed five (5) pages in length.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge