# In the United States Court of Federal Claims

**04-1335C**

**Filed: July 20, 2007**

**JOSEPH BARNES**
**KAYLENE HOLUB**
**SOCORRO YOSUICO**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 Volume)**
**Held in San Diego, California**
**June 22, 2007**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.