IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 1. Joseph Barnes<br>2. Kaylene Holub<br>3. Socorro Yosuico<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | No. 04-1335C<br><br>(Judge Francis M. Allegra) |

**PLAINTIFFS' MOTION TO ADD CLASS MEMBERS**

Plaintiffs respectfully request that the Court permit certain individuals to be included as members of the class in the above-captioned case, even though their opt-in forms were submitted after the first-round April 30, 2007 opt-in deadline. These individuals, listed below, submitted their opt-in forms after the first round April 30, 2007 opt-in deadline, but before the second round July 13, 2007 opt-in deadline. The individuals are as follows:

| | NAME | POSTMARK DATE | OPT-IN DEADLINE |
|---|---|---|---|
| 1 | Brown, Charlene | 06/02/2007 | 04/30/2007 |
| 2 | Clark, Joyce | 05/01/2007 | 04/30/2007 |
| 3 | Goode, Joseph | 05/02/2007 | 04/30/2007 |
| 4 | Harris, Timothy | 05/03/2007 | 04/30/2007 |
| 5 | Hernandez, Norma | None[1] | 04/30/2007 |
| 6 | Layoso, Benjamin | 07/11/2007 | 04/30/2007 |
| 7 | Roquena-Jones, Rita | 05/01/2007 | 04/30/2007 |
| 8 | Spira (Dee, Davis), DuShaunda | 05/01/2007 | 04/30/2007 |

[1] Ms. Hernandez's envelope does not have a postmark stamp; however, she signed her opt-in form on May 9, 2007, and it was stamped as received by Rust Consulting on May 14, 2007.

Attached as Exhibit 1 to the accompanying Declaration of Julie L. Schwartz in Support of Plaintiffs' Motion to Add Class Members ("Schwartz Declaration") are true and correct copies of the opt-in forms and envelopes from the above-listed individuals. Because of the large number of opt-in forms that were returned to sender as undeliverable for lack of a proper address, the Court ordered Defendant to "renew its attempts to find the correct address for each of these potential class members" and provided a June 29, 2007 opt-in deadline for these second round notices. On April 27, 2007, Plaintiffs filed an Unopposed Motion to Extend Second Round Class Notice Distribution Date. On May 1, 2007, the Court granted the Plaintiffs' Unopposed Motion, which extended the June 29, 2007 opt-in deadline by two weeks to July 13, 2007.

Defendant will suffer no prejudice by allowing these 8 individuals described above to join as members of the class, since their opt-in forms were submitted before the final July 13, 2007 opt-in deadline. By contrast, it would greatly prejudice these individuals if they were excluded from the class, because they would have to file separate actions to recover the money Defendant owes them. Given the relatively low sum owed to most potential class members – which would nonetheless be an important amount to these individuals – it would be cost-prohibitive for many, if not all, of these individuals to obtain counsel and bring separate actions in the Court of Federal Claims. Accordingly, it serves the interests of justice to allow these 8 individuals to opt-in as members of the class.[2]

---

[2] Indeed, as is evident from Exhibit 1 to the Schwartz Declaration, Norma Hernandez was not residing at the address where her original opt-in form was sent, and she therefore did not receive the form until after the April 30, 2007 first round opt-in deadline. Ms. Hernandez provided her current mailing address on the opt-in form she submitted. The reason Ms. Hernandez submitted her opt-in form after April 30, 2007, therefore, was due to an incorrect address – similar to those individuals with incorrect addresses from the first round who were included in the second round and given the July 13, 2007 opt-in deadline. Ms. Hernandez, as well as all of the other individuals listed above, all submitted their opt-in forms before the July 13, 2007 deadline.

Plaintiffs therefore respectfully request that Charlene Brown, Joyce Clark, Joseph Goode, Timothy Harris, Norma Hernandez, Benjamin Layoso, Rita Roquena-Jones and DuShaunda Spira (Dee, Davis) be included as members of the class.

Dated: August 8, 2007

/s Robert W. Brownlie
Robert W. Brownlie
Julie L. Schwartz
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Counsel for Plaintiffs

Of Counsel:

Ira M. Lechner
19811-4th Pl.
Escondido, CA 92029
Telephone: (858) 864-2258
Facsimile: (760) 839-5755