**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| 1. Joseph Barnes<br>2. Kaylene Holub<br>3. Socorro Yosuico<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | No. 04-1335C<br><br>(Judge Francis M. Allegra) |

**DECLARATION OF JULIE L. SCHWARTZ IN SUPPORT OF PLAINTIFFS' MOTION TO ADD CLASS MEMBERS**

I, Julie L. Schwartz, declare as follows:

1. I am an associate with DLA Piper US LLP, attorneys of record for Plaintiffs in this action. I am personally familiar with the following facts and, if called as a witness, could and would competently testify thereto.

2. Attached collectively hereto as Exhibit 1 are true and correct copies of the completed and signed opt-in forms and accompanying mailing envelopes from the following individuals: Charlene Brown, Joyce Clark, Joseph Goode, Timothy Harris, Norma Hernandez, Benjamin Layoso, Rita Roquena-Jones and DuShaunda Spira (Dee, Davis).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 8th day of August, 2007, at San Diego, California.

JULIE L. SCHWARTZ

# EXHIBIT 1

US NAVY 01000353

# CLASS ACTION OPT-IN NOTICE FORM

UNITED STATES COURT OF FEDERAL CLAIMS
*Joseph Barnes, et al. v. The United States*
Case No. 04-1335C

1. Fill out this form completely and legibly. **It must be mailed to Rust Consulting, Inc. at the address below and must be postmarked by April 30, 2007**.

PLEASE NOTE: A notice has been sent to your address based on information contained in the Government's records regarding your employment with the Department of the Navy ("Navy"). It is your responsibility to ensure that the information you provide on this form is complete and accurate, and that you, or an heir or other legal representative, are entitled to a distribution of money arising out of the above lawsuit.

2. Please write the full name *(including any alternate names, e.g., maiden name or previous married name)* of the non-military person who works or worked at a hospital or medical facility operated by or for the Navy, his or her job position or positions (*such as registered nurse, LVN, clerk, housekeeping food service, etc.*), and the name of the hospital or medical facility.

Your Name *(including any alternate names, e.g., maiden name or previous married name)*: Brown, Charlene Anita

Job Position(s) at Navy hospital or medical facility *(with pay grade if known)*: GS 11

Name of All Navy hospital or medical facilities worked at after August 18, 1998 *(with approx. dates if known)* Naval Medical Center Portsmouth 1990 - 2006

3. Please fill in the information below.

Home Address: 135 Ashford Drive
Suffolk Va. 23434

Telephone: 757-582-3625 Social Security Number: 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

4. **By signing your name in the space below, you understand that you are consenting to join the collective action of plaintiffs on whose behalf the named Plaintiffs have alleged the violations described in the accompanying notice. You are also declaring, under penalty of perjury under the laws of the United States and applicable state laws, that you were or are one of the employees, or an heir or legal representative of one of the employees described in the accompanying notice, and that, to the best of your knowledge, you believe you are entitled to a distribution arising out of this lawsuit according to the description of the Government's alleged failure to pay night premium pay as printed in the accompanying Notice.**

Sign Your Name: Charlene Brown Date: 5-23-07

Print Your Name: Charlene Brown Relationship to Employee: Self

5. Mail this completed form to: Mailing Administrator, c/o Rust Consulting, Inc., P.O. Box 151, Minneapolis, MN 55440-0151.

## THE TRIAL

The Court will schedule a trial to decide who is right in this cas

**17. How and when will the Court decide who is right**

As long as the case is not resolved by a settlement or otherwise, the Plaintiffs' claims at trial. The Court will schedule a trial to of Federal Claims, 717 Madison Pl., N.W., Washington, D.C. 2 will hear all the evidence to help him reach a decision about wh are right about the claims in the lawsuit. There is no guarantee they will get any money for the Class.

**18. Do I have to come to the trial?**

You do not need to attend the trial. Class Counsel will present Navy will present the defenses. You or your own lawyer are w expense.

**19. Will I get money after the trial?**

If the Plaintiffs obtain money as a result of the trial or a settlem how to participate. We do not know how long this will take.

## GETTING MORE INFOR

**20. Are more details available?**

The pleadings and other records in this lawsuit may be examine business hours at the Office of the Clerk of the United States Court of Federal Claims. The address for the Court is:

United States Court of Federal Claims
717 Madison Pl., N.W.,
Washington, D.C. 20005.

For more information about this lawsuit, you may contact Rust Consulting, Inc. The address for Rust Consulting, Inc. is:

Mailing Administrator,
c/o Rust Consulting, Inc.,
P.O. Box 151,
Minneapolis, MN 55440-0151.

The telephone number to reach Rust Consulting, Inc., is 1-800-365-1629.

Charlene Brown
135 Ashford
Suffolk, Va 23434

HAMPTON ROADS VA 233
02 JUN 2007 PM 3 L

Mailing Administrator for
c/o Rust Consulting Inc
P.O Box 151
Minneapolis, MN 55440-0151

JUN 4 2007

55440+0151

US NAVY 01000336

**TICE FORM**

NOT QUITE SURE IF THIS PERTAINS TO ME.

RAL CLAIMS

*d States*

1. Fill out th **Rust Consulting, Inc. at the address below an**

PLEASE NOTE: ... ation contained in the Government's reco ... of the Navy ("Navy"). It is your responsibility to en ... omplete and accurate, and that you, or an heir or o ... of money arising out of the above lawsuit.

2. Please wri ... *maiden name or previous married name)* of t ... ital or medical facility operated by or for the Navy, ... *nurse, LVN, clerk, housekeeping food service, etc.*), and the name of the hospital or medical facility.

Joyce

Your Name *(including any alternate names, e.g., maiden name or previous married name):* JOYCE ROBERTA CLARK

Job Position(s) at Navy hospital or medical facility *(with pay grade if known):* LPN GS-6

Name of All Navy hospital or medical facilities worked at after August 18, 1998 *(with approx. dates if known)* NATIONAL NAVAL MED CTR 2001

3. Please fill in the information below.

Home Address: 21308 Bunyan Circle
Germantown, MD 20876

Telephone (301) 540-6724 Social Security Number: 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

4. **By signing your name in the space below, you understand that you are consenting to join the collective action of plaintiffs on whose behalf the named Plaintiffs have alleged the violations described in the accompanying notice. You are also declaring, under penalty of perjury under the laws of the United States and applicable state laws, that you were or are one of the employees, or an heir or legal representative of one of the employees described in the accompanying notice, and that, to the best of your knowledge, you believe you are entitled to a distribution arising out of this lawsuit according to the description of the Government's alleged failure to pay night premium pay as printed in the accompanying Notice.**

Sign Your Name: Joyce R Clark Date: 4/30/07

Print Your Name: Joyce R. Clark Relationship to Employee: Self

5. Mail this completed form to: Mailing Administrator, c/o Rust Consulting, Inc., P.O. Box 151, Minneapolis, MN 55440-0151.



## THE TI

The Court will schedule a trial to decide who is right in t

### 17. How and when will the Court decide who is

As long as the case is not resolved by a settlement or oth the Plaintiffs' claims at trial. The Court will schedule a t of Federal Claims, 717 Madison Pl., N.W., Washington, will hear all the evidence to help him reach a decision ab are right about the claims in the lawsuit. There is no gua they will get any money for the Class.

### 18. Do I have to come to the trial?

You do not need to attend the trial. Class Counsel will p Navy will present the defenses. You or your own lawyer expense.

### 19. Will I get money after the trial?

If the Plaintiffs obtain money as a result of the trial or a s how to participate. We do not know how long this will t

## GETTING MORE I

### 20. Are more details available?

The pleadings and other records in this lawsuit may be ex business hours at the Office of the Clerk of the United St address for the Court is:

United States Court of Federal Claims
717 Madison Pl., N.W.,
Washington, D.C. 20005.

For more information about this lawsuit, you may contac Rust Consulting, Inc. is:

Mailing Administrator,
c/o Rust Consulting, Inc.,
P.O. Box 151,
Minneapolis, MN 55440-0151.

The telephone number to reach Rust Consulting, Inc., is

SUBURBAN MD 208
01 MAY 2007 PM 3 T

MAY - 4 2007

Mailing Administrator
c/o Rust Consulting, Inc
P.O. Box 151
Minneapolis, MN 55440-0151

J R Clark
21308 Bunyan Circle
Germantown, MD
20876

55440+0151

US NAVY 01000339

# CLASS ACTION OPT-IN NOTICE FORM

UNITED STATES COURT OF FEDERAL CLAIMS
*Joseph Barnes, et al. v. The United States*
Case No. 04-1335C

1. Fill out this form completely and legibly. **It must be mailed to Rust Consulting, Inc. at the address below and must be postmarked by April 30, 2007**.

PLEASE NOTE: A notice has been sent to your address based on information contained in the Government's records regarding your employment with the Department of the Navy ("Navy"). It is your responsibility to ensure that the information you provide on this form is complete and accurate, and that you, or an heir or other legal representative, are entitled to a distribution of money arising out of the above lawsuit.

2. Please write the full name *(including any alternate names, e.g., maiden name or previous married name)* of the non-military person who works or worked at a hospital or medical facility operated by or for the Navy, his or her job position or positions (*such as registered nurse, LVN, clerk, housekeeping food service, etc.*), and the name of the hospital or medical facility.

Your Name *(including any alternate names, e.g., maiden name or previous married name)*:
Joseph Goode

Job Position(s) at Navy hospital or medical facility *(with pay grade if known)*:
Police Officer GS-3

Name of All Navy hospital or medical facilities worked at after August 18, 1998 *(with approx. dates if known)* __________

3. Please fill in the information below.

Home Address: 23 Welcome Way
Hampton, VA. 23666

Telephone: 757-224-9086 Social Security Number: 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

4. **By signing your name in the space below, you understand that you are consenting to join the collective action of plaintiffs on whose behalf the named Plaintiffs have alleged the violations described in the accompanying notice. You are also declaring, under penalty of perjury under the laws of the United States and applicable state laws, that you were or are one of the employees, or an heir or legal representative of one of the employees described in the accompanying notice, and that, to the best of your knowledge, you believe you are entitled to a distribution arising out of this lawsuit according to the description of the Government's alleged failure to pay night premium pay as printed in the accompanying Notice.**

Sign Your Name: Joseph Goode Date: 4-15-07

Print Your Name: Joseph Goode Relationship to Employee: __________

5. Mail this completed form to: Mailing Administrator, c/o Rust Consulting, Inc., P.O. Box 151, Minneapolis, MN 55440-0151.

## THE T

The Court will schedule a trial to decide who is right in

**17. How and when will the Court decide who i**

As long as the case is not resolved by a settlement or otl the Plaintiffs' claims at trial. The Court will schedule a of Federal Claims, 717 Madison Pl., N.W., Washington, will hear all the evidence to help him reach a decision al are right about the claims in the lawsuit. There is no gu they will get any money for the Class.

**18. Do I have to come to the trial?**

You do not need to attend the trial. Class Counsel will p Navy will present the defenses. You or your own lawye expense.

**19. Will I get money after the trial?**

If the Plaintiffs obtain money as a result of the trial or a how to participate. We do not know how long this will t

## GETTING MORE I

**20. Are more details available?**

The pleadings and other records in this lawsuit may be e business hours at the Office of the Clerk of the United St address for the Court is:

United States Court of Federal Claims
717 Madison Pl., N.W.,
Washington, D.C. 20005.

For more information about this lawsuit, you may contac Rust Consulting, Inc. is:

Mailing Administrator,
c/o Rust Consulting, Inc.,
P.O. Box 151,
Minneapolis, MN 55440-0151.

The telephone number to reach Rust Consulting, Inc., is 1

HAMPTON ROADS VA 233
02 MAY 2007 PM 1 L

MAY 7 2007

Joseph Goode
23 Welcome Way
Hampton, VA. 23666

Mailing Administration
c/o Rust Consulting, Inc.
P.O. Box 151
Minneapolis, MN 55440-0151

55440+0151

US NAVY 01000338

# CLASS ACTION OPT-IN NOTICE FORM

UNITED STATES COURT OF FEDERAL CLAIMS
*Joseph Barnes, et al. v. The United States*
Case No. 04-1335C

1. Fill out this form completely and legibly. **It must be mailed to Rust Consulting, Inc. at the address below and must be postmarked by April 30, 2007.**

PLEASE NOTE: A notice has been sent to your address based on information contained in the Government's records regarding your employment with the Department of the Navy ("Navy"). It is your responsibility to ensure that the information you provide on this form is complete and accurate, and that you, or an heir or other legal representative, are entitled to a distribution of money arising out of the above lawsuit.

2. Please write the full name *(including any alternate names, e.g., maiden name or previous married name)* of the non-military person who works or worked at a hospital or medical facility operated by or for the Navy, his or her job position or positions (*such as registered nurse, LVN, clerk, housekeeping food service, etc.*), and the name of the hospital or medical facility.

Your Name *(including any alternate names, e.g., maiden name or previous married name):* Mr. Timothy E. Harris

Job Position(s) at Navy hospital or medical facility *(with pay grade if known):* House Keeping Aid. WG-2

Name of All Navy hospital or medical facilities worked at after August 18, 1998 *(with approx. dates if known)* NAVAL Hospital, Jacksonville, Fla.

3. Please fill in the information below.

Home Address: 945 North Liberty St. #A232
Jacksonville, Fla

Telephone: ____________ Social Security Number: 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

4. **By signing your name in the space below, you understand that you are consenting to join the collective action of plaintiffs on whose behalf the named Plaintiffs have alleged the violations described in the accompanying notice. You are also declaring, under penalty of perjury under the laws of the United States and applicable state laws, that you were or are one of the employees, or an heir or legal representative of one of the employees described in the accompanying notice, and that, to the best of your knowledge, you believe you are entitled to a distribution arising out of this lawsuit according to the description of the Government's alleged failure to pay night premium pay as printed in the accompanying Notice.**

Sign Your Name: Timothy E. Harris Date: 4/29/07

Print Your Name: TIMOTHY E. HARRIS Relationship to Employee: ____________

5. Mail this completed form to: Mailing Administrator, c/o Rust Consulting, Inc., P.O. Box 151, Minneapolis, MN 55440-0151.

## THE T

The Court will schedule a trial to decide who is right in

**17. How and when will the Court decide who i**

As long as the case is not resolved by a settlement or otl the Plaintiffs' claims at trial. The Court will schedule a of Federal Claims, 717 Madison Pl., N.W., Washington, will hear all the evidence to help him reach a decision a are right about the claims in the lawsuit. There is no gu they will get any money for the Class.

**18. Do I have to come to the trial?**

You do not need to attend the trial. Class Counsel will Navy will present the defenses. You or your own lawy expense.

**19. Will I get money after the trial?**

If the Plaintiffs obtain money as a result of the trial or a how to participate. We do not know how long this will

## GETTING MORE

**20. Are more details available?**

The pleadings and other records in this lawsuit may be business hours at the Office of the Clerk of the United S address for the Court is:

United States Court of Federal Claims
717 Madison Pl., N.W.,
Washington, D.C. 20005.

For more information about this lawsuit, you may conta Rust Consulting, Inc. is:

Mailing Administrator,
c/o Rust Consulting, Inc.,
P.O. Box 151,
Minneapolis, MN 55440-0151.

The telephone number to reach Rust Consulting, Inc., is

Timothy E Harris
945 North Liberty St # A232
Jacksonville, Fla.
32206

JACKSONVILLE FL 322
03 MAY 2007 PM 2 L

MAY 7 2007

Mailing Administrator
c/o Rust Consulting, Inc.
P.O. Box 151
Minneapolis Minn.
55440-0151

MAILING ADDRESS:
NORMA HERNANDEZ
P.O BO 626
Fallbrook, CA
62088

US NAVY 01000345

# CLASS ACTION OPT-IN NOTICE FORM

UNITED STATES COURT OF FEDERAL CLAIMS
*Joseph Barnes, et al. v. The United States*
Case No. 04-1335C

1. Fill out this form completely and legibly. **It must be mailed to Rust Consulting, Inc. at the address below and must be postmarked by April 30, 2007.**

PLEASE NOTE: A notice has been sent to your address based on information contained in the Government's records regarding your employment with the Department of the Navy ("Navy"). It is your responsibility to ensure that the information you provide on this form is complete and accurate, and that you, or an heir or other legal representative, are entitled to a distribution of money arising out of the above lawsuit.

2. Please write the full name *(including any alternate names, e.g., maiden name or previous married name)* of the non-military person who works or worked at a hospital or medical facility operated by or for the Navy, his or her job position or positions (*such as registered nurse, LVN, clerk, housekeeping food service, etc.*), and the name of the hospital or medical facility.

Your Name *(including any alternate names, e.g., maiden name or previous married name)*: NORMA A. HERNANDEZ

Job Position(s) at Navy hospital or medical facility *(with pay grade if known)*: GS 11

Name of All Navy hospital or medical facilities worked at after August 18, 1998 *(with approx. dates if known)* US NAVAL Hospital camp Pendleton CA.

3. Please fill in the information below.

Home Address: 2104 SANTA FE AVENUE
LONG BEACH CA. 90810

Home: Telephone: 562-432-9708 Social Security Number: 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
cell: 562-308-6342

4. **By signing your name in the space below, you understand that you are consenting to join the collective action of plaintiffs on whose behalf the named Plaintiffs have alleged the violations described in the accompanying notice. You are also declaring, under penalty of perjury under the laws of the United States and applicable state laws, that you were or are one of the employees, or an heir or legal representative of one of the employees described in the accompanying notice, and that, to the best of your knowledge, you believe you are entitled to a distribution arising out of this lawsuit according to the description of the Government's alleged failure to pay night premium pay as printed in the accompanying Notice.**

Sign Your Name: [signature] Date: 5-9-07

Print Your Name: NORMA A. HERNANDEZ Relationship to Employee: N/A

5. Mail this completed form to: Mailing Administrator, c/o Rust Consulting, Inc., P.O. Box 151, Minneapolis, MN 55440-0151.

NORMA A. HERNANDEZ
PO BOX 626
FALLBROOK, CA 92088

To whom it may concern,
Sorry I didn't get my mail on time to mail this, I was in San Diego working and didn't get all my mails from my husband Grace, Hope you can still accept it, Thanks a lot - GOD Bless - Ms. Norma Hernandez

## THE TR

The Court will schedule a trial to decide who is right in t

### 17. How and when will the Court decide who is

As long as the case is not resolved by a settlement or oth the Plaintiffs' claims at trial. The Court will schedule a t of Federal Claims, 717 Madison Pl., N.W., Washington, will hear all the evidence to help him reach a decision ab are right about the claims in the lawsuit. There is no gua they will get any money for the Class.

### 18. Do I have to come to the trial?

You do not need to attend the trial. Class Counsel will pı Navy will present the defenses. You or your own lawyer expense.

### 19. Will I get money after the trial?

If the Plaintiffs obtain money as a result of the trial or a s how to participate. We do not know how long this will ta

## GETTING MORE I

### 20. Are more details available?

The pleadings and other records in this lawsuit may be ex business hours at the Office of the Clerk of the United Sta address for the Court is:

United States Court of Federal Claims
717 Madison Pl., N.W.,
Washington, D.C. 20005.

For more information about this lawsuit, you may contact Rust Consulting, Inc. is:

Mailing Administrator,
c/o Rust Consulting, Inc.,
P.O. Box 151,
Minneapolis, MN 55440-0151.

The telephone number to reach Rust Consulting, Inc., is 1-

MAY 14 2007

c/o Rust consulting, Inc.
P.O Box 151 minneapolis
MN - 55440-0151

NORMA A. HERNANDEZ
PO BOX 626
FALLBROOK, CA 92088

5-22-07

US NAVY 01000359

# CLASS ACTION OPT-IN NOTICE FORM

UNITED STATES COURT OF FEDERAL CLAIMS
*Joseph Barnes, et al. v. The United States*
Case No. 04-1335C

1. Fill out this form completely and legibly. **It must be mailed to Rust Consulting, Inc. at the address below and must be postmarked by April 30, 2007.**

PLEASE NOTE: A notice has been sent to your address based on information contained in the Government's records regarding your employment with the Department of the Navy ("Navy"). It is your responsibility to ensure that the information you provide on this form is complete and accurate, and that you, or an heir or other legal representative, are entitled to a distribution of money arising out of the above lawsuit.

2. Please write the full name *(including any alternate names, e.g., maiden name or previous married name)* of the non-military person who works or worked at a hospital or medical facility operated by or for the Navy, his or her job position or positions (*such as registered nurse, LVN, clerk, housekeeping food service, etc.*), and the name of the hospital or medical facility.

Your Name *(including any alternate names, e.g., maiden name or previous married name)*: BENJAMIN C. LAYOSO

Job Position(s) at Navy hospital or medical facility *(with pay grade if known)*: CUSTODIAL WORKER / WG-2

Name of All Navy hospital or medical facilities worked at after August 18, 1998 *(with approx. dates if known)* PEARL HARBOR MEDICAL CLINIC, MAKALAPA

3. Please fill in the information below.

Home Address: 91-1004 KUPEKALA ST.
EWA BEACH, HI. 96706

Telephone: 808-671-3636 Social Security Number: 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

4. **By signing your name in the space below, you understand that you are consenting to join the collective action of plaintiffs on whose behalf the named Plaintiffs have alleged the violations described in the accompanying notice. You are also declaring, under penalty of perjury under the laws of the United States and applicable state laws, that you were or are one of the employees, or an heir or legal representative of one of the employees described in the accompanying notice, and that, to the best of your knowledge, you believe you are entitled to a distribution arising out of this lawsuit according to the description of the Government's alleged failure to pay night premium pay as printed in the accompanying Notice.**

Sign Your Name: BC Layoso Date: 7/11/07

Print Your Name: B C LAYOSO Relationship to Employee: ____________

5. Mail this completed form to: Mailing Administrator, c/o Rust Consulting, Inc., P.O. Box 151, Minneapolis, MN 55440-0151.

## THE TI

The Court will schedule a trial to decide who is right in

**17. How and when will the Court decide who i**

As long as the case is not resolved by a settlement or oth the Plaintiffs' claims at trial. The Court will schedule a of Federal Claims, 717 Madison Pl., N.W., Washington, will hear all the evidence to help him reach a decision al are right about the claims in the lawsuit. There is no gu they will get any money for the Class.

**18. Do I have to come to the trial?**

You do not need to attend the trial. Class Counsel will p Navy will present the defenses. You or your own lawye expense.

**19. Will I get money after the trial?**

If the Plaintiffs obtain money as a result of the trial or a how to participate. We do not know how long this will t

## GETTING MORE I

**20. Are more details available?**

The pleadings and other records in this lawsuit may be e business hours at the Office of the Clerk of the United St address for the Court is:

United States Court of Federal Claims
717 Madison Pl., N.W.,
Washington, D.C. 20005.

For more information about this lawsuit, you may conta Rust Consulting, Inc. is:

Mailing Administrator,
c/o Rust Consulting, Inc.,
P.O. Box 151,
Minneapolis, MN 55440-0151.

The telephone number to reach Rust Consulting, Inc., is 1

HONOLULU HI 968
11 JUL 2007 PM 5 L

JUL 16 2007

MR & MRS BCLAYOSD
91-1004 KUPEKALA ST.
EWA BEACH, HI. 96706

MAILING ADMINISTRATOR
c/o RUST CONSULTING, INC.
P.O. BOX 151, MINNEAPOLIS, MN.
55440-0151

55440$0151 B060

US NAVY 01000334

# CLASS ACTION OPT-IN NOTICE FORM

UNITED STATES COURT OF FEDERAL CLAIMS
*Joseph Barnes, et al. v. The United States*
Case No. 04-1335C

1. Fill out this form completely and legibly. **It must be mailed to Rust Consulting, Inc. at the address below and must be postmarked by April 30, 2007.**

PLEASE NOTE: A notice has been sent to your address based on information contained in the Government's records regarding your employment with the Department of the Navy ("Navy"). It is your responsibility to ensure that the information you provide on this form is complete and accurate, and that you, or an heir or other legal representative, are entitled to a distribution of money arising out of the above lawsuit.

2. Please write the full name *(including any alternate names, e.g., maiden name or previous married name)* of the non-military person who works or worked at a hospital or medical facility operated by or for the Navy, his or her job position or positions (*such as registered nurse, LVN, clerk, housekeeping food service, etc.*), and the name of the hospital or medical facility.

Your Name *(including any alternate names, e.g., maiden name or previous married name):* ROQUENA-JONES, RITA A

Job Position(s) at Navy hospital or medical facility *(with pay grade if known):* POLYSOMNOGRAPHIC TECHNOLOGIST /SLEEP TECH GS 9-8

Name of All Navy hospital or medical facilities worked at after August 18, 1998 *(with approx. dates if known)* PORTSMOUTH NAVAL HOSPITAL 2000 - CURRENT

3. Please fill in the information below.

Home Address: 3210 LILAC DR. PORTSMOUTH, VIRGINIA 23703

Telephone: 757 404-0418 Social Security Number: 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

4. **By signing your name in the space below, you understand that you are consenting to join the collective action of plaintiffs on whose behalf the named Plaintiffs have alleged the violations described in the accompanying notice. You are also declaring, under penalty of perjury under the laws of the United States and applicable state laws, that you were or are one of the employees, or an heir or legal representative of one of the employees described in the accompanying notice, and that, to the best of your knowledge, you believe you are entitled to a distribution arising out of this lawsuit according to the description of the Government's alleged failure to pay night premium pay as printed in the accompanying Notice.**

Sign Your Name: [signature] Date: 4-14-07

Print Your Name: RITA ANN ROQUENA-JONES Relationship to Employee: SELF

5. Mail this completed form to: Mailing Administrator, c/o Rust Consulting, Inc., P.O. Box 151, Minneapolis, MN 55440-0151.

## THE T

The Court will schedule a trial to decide who is right in

### 17. How and when will the Court decide who i

As long as the case is not resolved by a settlement or ot the Plaintiffs' claims at trial. The Court will schedule a of Federal Claims, 717 Madison Pl., N.W., Washington will hear all the evidence to help him reach a decision a are right about the claims in the lawsuit. There is no gu they will get any money for the Class.

### 18. Do I have to come to the trial?

You do not need to attend the trial. Class Counsel will Navy will present the defenses. You or your own lawy expense.

### 19. Will I get money after the trial?

If the Plaintiffs obtain money as a result of the trial or a how to participate. We do not know how long this will

## GETTING MORE

### 20. Are more details available?

The pleadings and other records in this lawsuit may be business hours at the Office of the Clerk of the United S address for the Court is:

United States Court of Federal Claims
717 Madison Pl., N.W.,
Washington, D.C. 20005.

For more information about this lawsuit, you may conta Rust Consulting, Inc. is:

Mailing Administrator,
c/o Rust Consulting, Inc.,
P.O. Box 151;
Minneapolis, MN 55440-0151.

The telephone number to reach Rust Consulting, Inc., is

HAMPTON ROADS VA 233
01 MAY 2007 PM 4 T

MAY - 4 2007

Roqueta-Jones
3210 Ulac Dr
Portsmouth, VA. 23323

Mailing Administr c/o Rust Consulting Inc.
P.O. Box 151
Minneapolis, MN 55440-0151

55440+0151

US NAVY 01000335

# CLASS ACTION OPT-IN NOTICE FORM

UNITED STATES COURT OF FEDERAL CLAIMS
*Joseph Barnes, et al. v. The United States*
Case No. 04-1335C

1. Fill out this form completely and legibly. **It must be mailed to Rust Consulting, Inc. at the address below and must be postmarked by April 30, 2007.**

PLEASE NOTE: A notice has been sent to your address based on information contained in the Government's records regarding your employment with the Department of the Navy ("Navy"). It is your responsibility to ensure that the information you provide on this form is complete and accurate, and that you, or an heir or other legal representative, are entitled to a distribution of money arising out of the above lawsuit.

2. Please write the full name *(including any alternate names, e.g., maiden name or previous married name)* of the non-military person who works or worked at a hospital or medical facility operated by or for the Navy, his or her job position or positions (*such as registered nurse, LVN, clerk, housekeeping food service, etc.*), and the name of the hospital or medical facility.

Your Name *(including any alternate names, e.g., maiden name or previous married name):* DuShaunda Spiva Dee Davis

Job Position(s) at Navy hospital or medical facility *(with pay grade if known):* Medical Support Assistant GS-4

Name of All Navy hospital or medical facilities worked at after August 18, 1998 *(with approx. dates if known)* Naval [illegible] Hospital Camp Pendleton 10/01 - 03/04

3. Please fill in the information below.

Home Address: 3181 Murray Ridge Rd
San Diego, CA 92123-2917

Telephone: (858) 492-0949 Social Security Number: 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

4. **By signing your name in the space below, you understand that you are consenting to join the collective action of plaintiffs on whose behalf the named Plaintiffs have alleged the violations described in the accompanying notice. You are also declaring, under penalty of perjury under the laws of the United States and applicable state laws, that you were or are one of the employees, or an heir or legal representative of one of the employees described in the accompanying notice, and that, to the best of your knowledge, you believe you are entitled to a distribution arising out of this lawsuit according to the description of the Government's alleged failure to pay night premium pay as printed in the accompanying Notice.**

Sign Your Name: [signature] Date: 04-29-07

Print Your Name: DuShaunda Spiva Relationship to Employee: self

5. Mail this completed form to: Mailing Administrator, c/o Rust Consulting, Inc., P.O. Box 151, Minneapolis, MN 55440-0151.

## THE T

The Court will schedule a trial to decide who is right i

**17. How and when will the Court decide who**

As long as the case is not resolved by a settlement or o the Plaintiffs' claims at trial. The Court will schedule of Federal Claims, 717 Madison Pl., N.W., Washingto will hear all the evidence to help him reach a decision are right about the claims in the lawsuit. There is no g they will get any money for the Class.

**18. Do I have to come to the trial?**

You do not need to attend the trial. Class Counsel will Navy will present the defenses. You or your own law expense.

**19. Will I get money after the trial?**

If the Plaintiffs obtain money as a result of the trial or how to participate. We do not know how long this wil

## GETTING MORE

**20. Are more details available?**

The pleadings and other records in this lawsuit may be business hours at the Office of the Clerk of the United address for the Court is:

United States Court of Federal Claims
717 Madison Pl., N.W.,
Washington, D.C. 20005.

For more information about this lawsuit, you may cont Rust Consulting, Inc. is:

Mailing Administrator,
c/o Rust Consulting, Inc.,
P.O. Box 151,
Minneapolis, MN 55440-0151.

The telephone number to reach Rust Consulting, Inc., i

Ella Fitzgerald

SAN DIEGO CA 921
01 MAY 07 PM 3 L

MAY - 4 2007

Mailing Administrator
c/o Rust Consulting, Inc
PO Box 151
Minneapolis, MN 55440-0151

55440+0151

DuShaunda Soira
3181 Murray Ridge Rd
San Diego CA 92123-2917