IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOSEPH BARNES, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-1335 C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO
PLAINTIFFS' MOTION TO ADD CLASS MEMBERS

Pursuant to Rule 7.1 of the Rules of this Court, we respectfully submit this response to plaintiffs' motion to add class members.

We deny, and object to, plaintiffs' assertion that defendant owes any money to the individuals that plaintiffs want to become class members. Plaintiffs' motion at 2. We disagree with, and object to, plaintiffs' characterization of the circumstances of the distribution of class notices. Id. We disagree with, and object to, plaintiffs' characterization of, and speculation regarding, the circumstances surrounding Ms. Norma Hernandez's receipt of class notice and her returning her opt-in form. Id., n.2.

Nevertheless, the essence of plaintiffs' request is to have included in the class eight individuals who did not return their opt-in forms during round one, but who did return their opt-in forms before the final deadline. We do not oppose this request.[1]

[1] We note, however, for the benefit of the Court, that plaintiffs' counsel has raised with defendant's counsel a concern that employees who are not paid pursuant to the General Schedule ("GS" employees), such as Joseph Barnes and Robert Joseph Murphy, Jr., may not be appropriately included in the class. Approximately 60 current class members are not GS employees. Two

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8257
Facsimile: (202) 307-0972
reginald.blades@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

ROBYN L. McNISH
Attorney
Office of General Counsel
Department of the Navy
Washington, D.C.

August 17, 2007

of the eight individuals that plaintiffs request be added to the class, Timothy Harris and Benjamin Layoso, are not GS employees. Considering this to be an issue that can be resolved at a later time, we do not at this time object to plaintiffs' motion with regard to these two individuals.

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August 2007, a copy of the foregoing "DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO ADD CLASS MEMBERS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.