# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 1. Joseph Barnes<br>2. Kaylene Holub<br>3. Socorro Yosuico<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 04-1335C<br><br>(Judge Allegra) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 28, 2007 Order, the parties respectfully submit the following joint status report regarding future proceedings in the case.

**Discovery With Respect to the Thirteen Previously-Noticed Plaintiffs**

At the June 22, 2007 joint status conference in this case, the Court requested Plaintiffs to serve supplementary responses to certain of Defendant's discovery requests with respect to those of the 13 previously-noticed plaintiffs who had opted in to the class. On August 8, 2007, Plaintiffs served supplemental responses to Defendant's discovery requests, listing (i) the dates when the Plaintiff was apparently not paid night premium pay while on authorized leave of less than 8 hours during a pay period or when absent for an authorized holiday; (ii) the estimated underpaid hours; and (iii) the Bates numbers of the documents relied upon.

Defendant has also produced supplemental documents in response to Plaintiffs' prior discovery requests.

**Class Members Who are not "GS" Employees**

Plaintiffs' counsel has raised with Defendant's counsel a concern that one of the named plaintiffs, Joseph Barnes, and one of the additional, previously-noticed, opt-in plaintiffs, Robert Joseph Murphy, Jr., are not paid under the General Schedule pay system but are subject to a separate pay system from "GS" employees, and therefore, may not be appropriately included in the class. If the case does not settle and proceeds further, Plaintiffs may need to conduct further investigation to confirm whether these individuals should be included in the class, and, if appropriate, may file a motion to dismiss the non-GS plaintiffs from the class.

**Additional Plaintiffs to Include in the Class**

On August 8, 2007, Plaintiffs filed a Motion to Add Class Members, requesting that the Court permit 8 individuals, who submitted their opt-in forms after the April 30, 2007 first round opt-in deadline, but before the July 13, 2007 second-round opt-in deadline, to be included in the class. On August 17, 2007, Defendant filed its response and did not oppose Plaintiffs' request.

**Settlement Discussions**

The parties have agreed that the case is currently in a posture beneficial to a resumption of settlement discussions. The parties, therefore, respectfully request that the Court grant the parties 60 days during which to further discuss settlement options and to attempt to reach a mutually agreed-upon settlement of the dispute. The parties respectfully request that they be

permitted to continue settlement discussions and to file a joint status report on the progress of these discussions on October 22, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/Robert W. Brownlie
ROBERT W. BROWNLIE
JULIE L. SCHWARTZ
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
robert.brownlie@dlapiper.com

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8257Facsimile: (202) 307-0972
reginald.blades@usdoj.gov

Of Counsel:

IRA M. LECHNER
Escondido, CA

Of Counsel:

ROBYN L. McNISH
Attorney
Office of General Counsel
Department of the Navy
Washington, D.C.

Attorneys for Plaintiffs
Dated: August 22, 2007

Attorneys for Defendant
Dated: August 22, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert W. Brownlie