# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: August 23, 2007)

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On August 22, 2007, the parties filed a joint status report indicating that they are willing to engage in settlement discussions, and requested sixty days for that purpose. Accordingly, on or before October 24, 2007, the parties shall file a joint status report indicating the status of settlement, or, if the parties are unable to reach a settlement agreement, they shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge