# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| 1. Joseph Barnes<br>2. Kaylene Holub<br>3. Socorro Yosuico<br><br>for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 04-1335C<br><br>(Judge Allegra) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 23, 2007 Order, the parties respectfully submit the following joint status report regarding future proceedings in the case.

In their August 22, 2007 joint status report, the parties advised the Court that they had agreed that the case is currently in a posture beneficial to a resumption of settlement discussions. The parties, therefore, respectfully requested that the Court grant the parties 60 days during which to further discuss settlement options and to attempt to reach a mutually agreed-upon settlement of the dispute. By its August 23, 2007 Order, the Court granted that request.

The parties had some preliminary discussions and agreed that defendant would gather the available pay data for the individual class members. Since that time, defendant has been in the process of gathering that pay data. The parties need this data to facilitate their settlement discussions. In the absence of the necessary data, the parties were not able to progress in their

discussions. Data sufficient for the parties to pursue their settlement discussions were recently obtained.

The parties remain in agreement that the case is in a posture beneficial to settlement discussions, and they want to pursue those discussions. The parties, therefore, respectfully request that the Court grant the parties an additional 60 days during which to further discuss settlement options and to attempt to reach a mutually agreed-upon settlement of the dispute. The parties respectfully request that they be permitted to continue settlement discussions and to file a joint status report on the progress of these discussions on or before December 21, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Robert W. Brownlie
ROBERT W. BROWNLIE
JULIE L. SCHWARTZ
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
robert.brownlie@dlapiper.com

Of Counsel:

IRA M. LECHNER
Escondido, CA

Attorneys for Plaintiffs
Dated: October 23, 2007

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8257Facsimile:
(202) 307-0972
reginald.blades@usdoj.gov

Of Counsel:

ROBYN L. McNISH
Attorney
Office of General Counsel
Department of the Navy
Washington, D.C.

Attorneys for Defendant
Dated: October 23, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.