# In The United States Court of Federal Claims

No. 04-1335C

(Filed: October 25, 2007)

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On October 24, 2007, the parties filed a joint status report indicating that they are willing to continue in settlement discussions and requesting sixty days for that purpose. Accordingly, on or before December 24, 2007, the parties shall file a joint status report indicating the status of settlement; if the parties are unable to reach a settlement agreement, they shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge