# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

1. Joseph Barnes
2. Kaylene Holub
3. Socorro Yosuico

for themselves and on behalf of all others similarly situated,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA

Defendant.

Case No. 04-1335C

(Judge Allegra)

## JOINT STATUS REPORT

Pursuant to the Court's October 25, 2007 Order, the parties respectfully submit the following joint status report regarding future proceedings in this case.

In their October 24, 2007 joint status report, the parties advised the Court that they remained in agreement that the case is in a posture beneficial to settlement discussions and that they wanted to continue to pursue those discussions. The parties explained that they had needed certain data to facilitate their discussions and that the necessary data had been recently obtained. In its October 25, 2007 Order, the Court granted the parties' request for an additional 60 days during which they could continue to discuss settlement.

Since then, the parties have used the collected data to develop possible settlement amounts as a foundation for possible settlement. The parties remain in discussion to attempt to agree upon mutually acceptable settlement terms. The parties, therefore, respectfully request the

Court to grant the parties an additional 60 days during which to discuss further settlement options and to attempt to reach a mutually agreed-upon settlement of the dispute

For these reasons, the parties respectfully request that proceedings in this matter remain suspended and that the Court permit the parties to continue settlement discussions and to file a joint status report on the progress of these discussions on or before February 22, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Robert W. Brownlie
ROBERT W. BROWNLIE
JULIE L. SCHWARTZ
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
robert.brownlie@dlapiper.com

Of Counsel:

IRA M. LECHNER
Escondido, CA

Attorneys for Plaintiffs
Dated: December 20, 2007

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8257
Facsimile: (202) 307-0972
reginald.blades@usdoj.gov

Of Counsel:

ROBYN L. McNISH
Attorney
Office of General Counsel
Department of the Navy
Washington, D.C.

Attorneys for Defendant
Dated: December 20, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.