# In The United States Court of Federal Claims

No. 04-1335C

(Filed: December 21, 2007)

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On December 20, 2007, the parties filed a joint status report indicating that they are engaged in settlement discussions and requesting 60 additional days to negotiate settlement. Accordingly, on or before February 11, 2008, the parties shall file a joint status report indicating the status of settlement. If the status report does not reveal that substantial and concrete progress is being made toward settlement, the court will restore the case to the active docket.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge