# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

1. Joseph Barnes,
2. Kaylene Holub,
3. Socorro Yosuico,

for themselves and on behalf of all others similarly situated,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 04-1335C

(Judge Allegra)

**JOINT STATUS REPORT**

Pursuant to the Court's December 21, 2007 Order, the parties respectfully submit the following joint status report regarding future proceedings in this case.

Counsel for the parties have reached agreement in principle concerning settlement of this matter. Resolving the details necessary to effectuate settlement, however, will require additional time. The parties, therefore, respectfully request the Court to grant the parties an additional 60 days during which to finalize the terms of settlement.

For these reasons, the parties respectfully request that proceedings in this matter remain suspended and that the Court permit the parties to continue settlement discussions and to file a joint status report on the progress of these discussions on or before April 11, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Robert W. Brownlie
ROBERT W. BROWNLIE
JULIE L. SCHWARTZ
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
robert.brownlie@dlapiper.com

Of Counsel:

IRA M. LECHNER
Escondido, CA

Attorneys for Plaintiffs
Dated: February 11, 2008

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8257
Facsimile: (202) 307-0972
reginald.blades@usdoj.gov

Of Counsel:

ROBYN L. McNISH
Attorney
Office of General Counsel
Department of the Navy
Washington, D.C.

Attorneys for Defendant
Dated: February 11, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.