# In The United States Court of Federal Claims

No. 04-1335C

(Filed: February 15, 2008)

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On February 14, 2008, the parties filed a joint status report indicating that they are engaged in settlement discussions. The parties requested 60 additional days to negotiate settlement. Accordingly, on or before April 10, 2008, and every 56 days thereafter, the parties shall file a joint status report discussing their progress toward settlement until a stipulation of dismissal is filed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge