# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

1. Joseph Barnes,
2. Kaylene Holub,
3. Socorro Yosuico,

for themselves and on behalf of all others similarly situated,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 04-1335C

(Judge Allegra)

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's February 15, 2008 Order, the parties respectfully submit the following joint status report regarding their progress toward settlement.

As indicated in our previous status report, counsel for the parties have reached agreement in principle concerning settlement of this matter. Since that time, counsel for the United States has been attempting to resolve some of the practical difficulties in implementing the settlement arrangement under consideration. Counsel for the United States has not yet resolved these matters and is continuing efforts toward that end. In accordance with the Court's February 15, 2008 Order, the parties will submit another status report on June 5, 2008, unless the matter has been settled sooner. If the parties should enter into a settlement agreement prior to June 5, 2008, counsel shall promptly notify the Court of that fact.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Robert W. Brownlie
ROBERT W. BROWNLIE
JULIE L. SCHWARTZ
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
robert.brownlie@dlapiper.com

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8257
Facsimile: (202) 307-0972
reginald.blades@usdoj.gov

Of Counsel:

IRA M. LECHNER
Escondido, CA

Attorneys for Plaintiffs
Dated: April 10, 2008

Of Counsel:

ROBYN L. McNISH
Attorney
Office of General Counsel
Department of the Navy
Washington, D.C.

Attorneys for Defendant
Dated: April 10, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.