# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

1. Joseph Barnes,
2. Kaylene Holub,
3. Socorro Yosuico,

for themselves and on behalf of all others similarly situated,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 04-1335C

(Judge Allegra)

**JOINT STATUS REPORT**

Pursuant to the Court's February 15, 2008 Order, the parties respectfully submit the following joint status report regarding their progress toward settlement.

As indicated in our previous status reports, counsel for the parties have reached agreement in principle concerning settlement of this matter. Counsel for the parties are currently exchanging drafts of a settlement agreement, working to develop a final agreement that the parties may jointly submit to the Court. In accordance with the Court's February 15, 2008 Order, the parties will submit another status report on September 25, 2008, unless the matter has been settled sooner. If the parties should enter into a settlement agreement prior to September 25, 2008, counsel shall promptly notify the Court of that fact.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Robert W. Brownlie
ROBERT W. BROWNLIE
JULIE L. SCHWARTZ
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
robert.brownlie@dlapiper.com

Of Counsel:

IRA M. LECHNER
Escondido, CA

Attorneys for Plaintiffs
Dated: July 31, 2008

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8257
Facsimile: (202) 307-0972
reginald.blades@usdoj.gov

Of Counsel:

KATHLEEN A. O'NEILL
Attorney
Office of General Counsel
Department of the Navy
Washington, D.C.

Attorneys for Defendant
Dated: July 31, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.