# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: September 26, 2008)

_____

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    A telephonic status conference will be held in this case on Wednesday, October 8, 2008, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge