# In The United States Court of Federal Claims

No. 04-1335 C

(Filed:  November 20, 2008)

_____

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

                Plaintiff,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On November 20, 2008, the parties filed a joint status report indicating that they will shortly have a draft settlement agreement that can be presented to appropriate government officials for approval.  Accordingly, on or before December 18, 2008, and every **28** days thereafter, until further order of the court, the parties shall file a joint status report discussing their progress toward settlement.

      **IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge