# In The United States Court of Federal Claims

No. 04-1335 C

(Filed: March 18, 2009)

_____

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Tuesday, April 7, 2009, at 2:00 p.m. (EDT), during which the court plans to explore steps that may be taken to expedite the resolution in this matter. Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                     s/ Francis M. Allegra
                                     Francis M. Allegra
                                     Judge