# In The United States Court of Federal Claims

No. 04-1335C

(Filed: March 12, 2010)

_____

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO, *et al.*,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On March 11, 2010, plaintiffs filed an unopposed motion to file their memorandum regarding attorneys' fees and costs out of time. The court notes that this motion is lacking the required certification that counsel has notified their clients that a motion for enlargement has been filed out of time, pursuant to ¶ 3 of the Special Procedures Order in this case. For that reason, among others, the motion is hereby **DENIED**.

Notwithstanding, plaintiffs shall file their memorandum **on or before Monday, March 15, 2010.** Defendant shall file its response on or before March 29, 2010. **No further extensions of these deadlines will be granted**.

        **IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge