# In The United States Court of Federal Claims

No. 04-1335C

(Filed: March 25, 2010)

_____

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO, *et al.*,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

The fairness hearing that was originally scheduled for Wednesday, March 31, 2010, at 10:00 a.m. has been changed to 1:00 p.m. (EDT), at the National Courts Building, 717 Madison Place, Washington D.C. The courtroom location will be posted in the lobby on the day of the hearing.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge