# In The United States Court of Federal Claims

No. 04-1335C

(Filed: May 26, 2010)

_____

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO, *et al.*,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On May 7, 2010, the court granted the parties' motion for approval of their proposed settlement agreement. At the fairness hearing on March 31, 2010, the parties indicated that, pursuant to the terms of their settlement agreement, they intended to file supplemental briefing on attorney's fees within thirty days of the court's grant of final approval of the settlement. On or before June 7, 2010, the parties shall file a joint status report indicating how they intend to proceed with this case.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge