# In The United States Court of Federal Claims

No. 04-1335C

(Filed: June 8, 2010)

_____

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO, *et al.*,

        Plaintiffs,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On June 7, 2010, the parties filed a joint status report indicating that they had reached an agreement in principle regarding settlement of the claim for attorney's fees, and requesting an additional 30 days to obtain the requisite approvals. Accordingly, on or before July 7, 2010, the parties shall file a joint status report indicating the status of their settlement.

    **IT IS SO ORDERED.**

                                     s/ Francis M. Allegra
                                     Francis M. Allegra
                                     Judge