# In The United States Court of Federal Claims

No. 04-1335C

(Filed: August 6, 2010)

_____

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO, *et al.*,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On August 6, 2010, the parties filed a joint status report indicating that they have agreed upon the specific language of a proposed settlement agreement of the claim for attorney's fees, and requesting an additional 28 days to obtain the necessary approval for the proposed settlement. Accordingly, on or before September 3, 2010, the parties shall file a joint status report indicating the status of their settlement, unless a document indicating a final resolution of the case is filed sooner.

    **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge