# In The United States Court of Federal Claims

No. 04-1335C

(Filed:  September 27, 2010)

_____

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO, *et al.*,

                 Plaintiffs,

v.

THE UNITED STATES,

                 Defendant.

_____

**ORDER**

_____

On September 17, 2010, the parties filed a joint status report stating that the parties have reached a settlement agreement regarding attorney fees.  On or before October 8, 2010, plaintiffs shall file a motion for court approval of the settlement agreement.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge