# In The United States Court of Federal Claims

No. 04-1335C

(Filed: January 3, 2011)

_____

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO, *et al.*,

                Plaintiffs,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On December 23, 2010, class counsel filed an unopposed motion to extend deadlines for class members to object to settlement of attorney fees, costs and expenses, and to extend related deadlines. Class counsel's motion is hereby **GRANTED**. Accordingly:

1.     All objections by class members to the proposed settlement of attorney fees, costs and expenses must be postmarked on or before January 24, 2011, in order to be considered by the court. Objections that are received on time by the court will be available at the courthouse for inspection and copying;

2.     On or before February 21, 2011, class counsel and defendant shall file with the court their responses to any objections received from class members;

3.     Pursuant to RCFC 23(h)(3), it is within the court's discretion to hold a hearing. After all objections and responses have been filed with the court, the court will determine whether a hearing is necessary; and

4.  Owing to the failure of class counsel to comply with this court's scheduling order of October 14, 2010, the court will consider, at an appropriate time, whether the calculation of attorney fees should not take into account any time allocated to this notice process.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge
