# In The United States Court of Federal Claims

No. 04-1335C

(Filed: March 2, 2011)

_____

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO, *et al.*,

              Plaintiffs,

    v.

THE UNITED STATES,

              Defendant.

_____

**ORDER**

_____

A telephonic fairness hearing will be held in this case on Monday, March 14, 2011, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                         s/ Francis M. Allegra
                                         Francis M. Allegra
                                         Judge