# In The United States Court of Federal Claims

No. 04-1335C

(Filed: May 24, 2011)

_____

JOSEPH BARNES,
KAYLENE HOLUB,
SOCORRO YOSUICO, *et al.*,

                Plaintiffs,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On March 31, 2010, the court issued an order approving the parties' settlement of the merits of this case, which requires defendant to pay the class $58,354.24.  On May 24, 2011, the court issued an order approving the parties' settlement of attorney's fees, costs, and expenses in the amount of $390,000.  Based on this court's orders, the Clerk is directed to enter an appropriate judgment.

      **IT IS SO ORDERED.**

                                               s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge